LAW OFFICES

212 741 8408



# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

☐ ARREST EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☐ INVESTIGATORY ☐ PEDDLER PROPERTY ☒ OTHER _Forfeiture_

DATE PREPARED: 07/18/06   YR 2006   PCT 050

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| Sgt. Crawley | | Sgt. | 945 | 914736 | P/C |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Bermudez, Gustavo A. | | 24 | 11 Fitchburg Market St. MA | 01 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 07/18/06 | | Investigation | ☐ | ☐ | ☐ | ☐ | |

| Finder of Property | Address |
|---|---|
| A/O | 1 Police Plaza |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| DEFT. | | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | | DISPOSITION AND DATE |
|---|---|---|---|---|---|
| 01 | 344 | one hundred dollar bills | 34000 | 00 | |
| 02 | 307 | fifty dollar bills | 15200 | 00 | |
| 03 | 3605 | twenty dollar bills | 72,100 | 00 | |
| 04 | 150 | ten dollar | 1500 | 00 | |
| 05 | 60 | five dollar bills | 300 | 00 | |
| 06 | 65 | one dollar bills | 65 | 00 | |
| | | **TOTAL** | 123,365 | 00 | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles
N008323

**R.T.O.**

Pink Receipt Copy of Voucher Issued ☐ Yes ☒ Refused

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

The above property was taken into police custody for asset forfeiture.
RECOVERED FROM BERMUDEZ GUSTAVO

