PHILIP RUSSE    C

CI-06-0121

N-1