# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

RECEIVED
NOV 05 2007
PHILIP M. GREEN

Index Number: 07 CIV. 9537

Date Filed: _____

Plaintiff:
**GUSTAVO BERMUDEZ**

vs.

Defendant:
**CITY OF NEW YORK POLICE DEPARTMENT and THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**

Received by ASK Litigation Support, Inc. to be served on **THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, 99 10th Ave., New York, NY 10011**.

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of November, 2007** at **10:00 am**, I:

Personally delivered a true copy of the **Summons & Complaint** to James Vitaletti, Supervisor and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 180, Hair: Brown/Gray, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/01/07___
DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000673

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j