# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV. 9537                                         Date Filed: _____

Plaintiff:
**GUSTAVO BERMUDEZ**

vs.

Defendant:
**CITY OF NEW YORK POLICE DEPARTMENT and THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**

Received by ASK Litigation Support, Inc. to be served on **CITY OF NEW YORK POLICE DEPARTMENT, Legal Dep't., Rm. 1406, One Police Plaza, New York, NY 10038.**

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of November, 2007 at 3:30 pm, I:**

Personally delivered a true copy of the **Summons & Complaint** to Lisa Moore, Agency Attorney Intern, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 26, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 170, Hair: Black, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/1/07___
            DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000672