UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
GUSTAVO BERMUDEZ,

                        PLAINTIFF,                                  NOTICE OF APPEARANCE

-against-

CITY OF NEW YORK POLICE
DEPARTMENT AND THE UNITED
STATES DRUG ENFORCEMENT
ADMINISTRATION,                                                07 Civ. 9537 (HB)

                        DEFENDANTS.

------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant New York City Police Department.[1]

Dated: New York, New York
       November 20, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant
                                                  New York City Police Department
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-8084

                                  By:  */s/ David M. Hazan*
                                            David M. Hazan (DH-6611)
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.