# RUSSELL & PASTORE, L.L.C.
## ATTORNEYS-AT-LAW

(203) 661-4200

SALLY RUSSELL*
JAMES PASTORE
KAREN L. MAYER*
ROSS M. KAUFMAN**

of counsel
HAROLD H. DEAN

\* MEMBER CONNECTICUT AND NEW YORK BAR
\** MEMBER CONNECTICUT AND NEW JERSEY BAR

POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3066

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

RECEIVED
JAN 18 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

January 18, 2008

*VIA FACSIMILE: 212-805-7901*

Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   Gustavo Bermudez v. City of New York Police Department, et al.
           Case No. 07 Civ. 9537 (HB)

Your Honor:

    On behalf of the plaintiff in the above referenced matter, Gustavo Bermudez, I respectfully request that the pretrial conference scheduled for January 24, 2008 at 2:30 p.m. be adjourned ~~[redacted]~~, for the following reasons:

1. The defendants in the above referenced matter have not yet filed responsive pleadings and thus, a pretrial conference may at this point be premature;

2. I am currently scheduled to appear in Superior Court for the State of Connecticut, Judicial District of Danbury in the matter of Jennifer Lowry v. Josephine Ruiz, et al, docket number CV07-6000345-S on the same date and roughly the same time.

    Counsel for the City of New York Police Department has consented to this request, and further, no previous request for postponement has been made in this action by the plaintiff.

Accordingly, I respectfully ask that the Court reschedule the January 24, 2008 pretrial conference ~~until February 11, 2008~~.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*Karen L. Mayer*

Karen L. Mayer
Federal Juris No. KM6555

KLM/jls

cc: David M. Hazan *(via facsimile: 212-788-9776)*
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

Philip Frank *(via facsimile: 212-788-9776)*
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

> I will call parties to 2/1/08 at 2:30 PM + ask counsel will be here hopefully service will have been effected but regardless he will (you need) come w/ proposed PTSO

Harold Baer, Jr., U.S.D.J.
1/23/08

Endorsement:

    I will adjourn to 2/7/08 at 2:30 P.M. and all counsel will be here hopefully service will have been effected but regardless be here (you will) come with a proposed PTSO.