```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
GUSTAVO BERMUDEZ,
                                :
            Plaintiff,             07 Civ. 9537 (HB)
                                :  Notice of Motion To Dismiss
       v.
                                :
CITY OF NEW YORK POLICE
DEPARTMENT AND THE UNITED       :
STATES DRUG ENFORCEMENT
ADMINISTRATION,                 :

            Defendants.         :
-------------------------------x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon the Declaration of John Hieronymous and all exhibits attached thereto, the United States Drug Enforcement Administration, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, Sharon E. Frase, Assistant United States Attorney, of counsel, hereby moves before the Honorable Harold Baer, Jr.,

United States District Judge, to dismiss the above-captioned complaint.

Dated:   New York, New York
         February 5, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  United States of America

By: _____
     Sharon E. Frase (SEF-4906)
     Assistant United States Attorney
     One St. Andrews Plaza
     New York, New York  10007
     Tel: (212) 637-2329
     Fax: (212) 637-0421

**CERTIFICATE OF SERVICE**

      I, Sharon E. Frase, depose and say that I am employed in the Office of the United States Attorney for the Southern District of New York.

      That on February 5, 2008, I served one copy of the within Government's Motion To Dismiss, by placing copies of the same in envelopes addressed to:

    Karen L. Mayer, Esq.
    Philip Russell, LLC
    66 Field Point Road
    Greenwich, CT 06830
    (203) 661-4200

    David M. Hazan
    Assistant Corporation Counsel
    The City of New York Law Department
    100 Church Street
    New York, NY 10007
    (212) 788-8084

And that I sealed said envelopes and caused them to be placed in a mailbox for certified mailing and/or pick up at the United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

      I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

                              _____/s/_____

_____

                              Sharon E. Frase
                              Assistant United States Attorney
                              Tel: (212) 637-2329

Dated:    New York, New York
           February 5, 2008

15