CERTIFIED MAIL™

7005 0390 0000 9047 6239

Gustavo Bermudez
11 Market St.
Fitchburg, MA 01420-8117

NIXIE

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

02 09/16/05 TF

BC: 22134142225    *1369-04142-15-40

01420+8117-11 20051 22134@1475

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQS Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

X-Rayed
SEP 20 2005
DEA/CUSTPRO

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7005 0390 0000 9047 6239

PS Form 3800, June 2002        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID 06-HEA-47497
Gustavo Bermudez
11 Market St.
Fitchburg, MA 01420-8117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
06-471937-001
7005 0390 0000 9047 6239

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT
2