THE WALL STREET JOUR

MONDAY, OCTOBER 9, 2006

◇ PUBLIC NOTICES ◇

# LEGAL NOTICE ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virg Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized p Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants

FIRST NOTICE
LAST DATE TO FILE NOVEMBER 23, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
**06-DEA-471680**, $5,152.00 U.S. Currency, Montgomery, AL, Jones, Harry Edward, 08/08/06
**06-DEA-471966**, $8,000.00 U.S. Currency, Montgomery, AL, Merritt, Jacquard, 08/23/06
**06-DEA-472249**, $5,370.00 U.S. Currency, Montgomery, AL, Davidson, Cedric Lee, 08/24/06
**06-DEA-472484**, $15,700.00 U.S. Currency, Montgomery, AL, Morris, Sylvester, 08/28/06
**06-DEA-472511**, $5,000.00 U.S. Currency, Montgomery, AL, Hartwell, Phillip, 08/30/06
NORTHERN DISTRICT OF ALABAMA
**06-DEA-471955**, $4,340.00 U.S. Currency, Jasper, AL, Garner, Charles, 08/23/06
**06-DEA-472071**, $13,024.40 U.S. Currency, Bessemer, AL, Abdulahe, Jamal, 08/23/06
**06-DEA-472342**, 1998 Ford Explorer, 1FMZU32E7WZB76646, Hoover, AL, Romero,

Washington, DC, Parker Jr., John, 08/21/06
MIDDLE DISTRICT OF FLORIDA
**06-DEA-472070**, HP Pavillion DV1000, Ser No CNF51407LV, VL: $1,299.99, Orlando, FL, Paquet, Yann Gwenael, 08/11/06
**06-DEA-472089**, (4) Miscellaneous Electronic Equipment, VL: $3,842.00, (1) Polaroid FLM-373B 37" LCD, Ser No D0600181940002712; (1) Ilo 26" High Definition TV, Ser No BHC61233315T5; (1) Ilo 32" Widescreen LCD HDTV, Ser No BEH62130093374; (1) HP Compaq Presario Notebook V2575US CTO V2000, Ser No CNF5412948, Orlando, FL, Mateo Jr., Santiago and Moss, Abraham and Tubbs, Bobby Jaymon, 08/03/06
**06-DEA-472337**, $4,280.00 U.S. Currency, Orlando, FL, Sierra-Daly, Christian, 08/23/06
**06-DEA-472339**, 1992 Chevrolet Corvette Coupe, 1G1YY23P5N5116667, Orlando, FL, Reyes, David, 08/23/06
NORTHERN DISTRICT OF FLORIDA
**06-DEA-471973**, $40,625.00 U.S. Currency, Marianna, FL, Elizondo, Rene Melquizo and Lopez, Steven Paul

MD, Olliverre, Cassius L., 08/09/06
**06-DEA-472108**, Panasonic Plasma HDTV, Ser No YH4360142, VL: $4,500.00, Bowie, MD, Phillips, Kenya Jamar, 08/11/06
**06-DEA-472120**, $4,570.00 U.S. Currency, Germantown, MD, Grey, Byron Anthony, 08/16/06
**06-DEA-472379**, Wachovia Bank, Account #4538-9018-1; VL: $25,378.68, Bowie, MD, Joachin, Odessy Ronald, 08/21/06
DISTRICT OF MINNESOTA
**06-DEA-471913**, $12,042.00 U.S. Currency, Spring Lake Park, MN, Olchefski, Sara Ann, 08/14/06
**06-DEA-471953**, $50,100.00 U.S. Currency, Newport, MN, Salinas, Omar, 08/16/06
**06-DEA-472060**, 1987 Chevrolet 4x4 Pickup Truck, 1GCEV14H0HF334907, Eagan, MN, Salinas-Alarcon, Jorge Armando, 08/16/06
**06-DEA-472082**, 1973 Ford Mustang Convertible, 3F03F255406, Eagan, MN, Salinas-Alarcon, Jorge Armando, 08/16/06
**06-DEA-472178**, $15,228.00 U.S Currency, Stillwater, MN, Vargas-Lluvina, Gregorio, 08/28/06

$30.00, Burgettstown, PA, Orison, Anne, 08/10/06
DISTRICT OF RHODE ISLAND
**06-DEA-468252**, 1993 Mercedes Benz 300, WDBGA32E0PA115786, Newport, RI, Grebe, Tiante AKA Four Pound, 05/16/06
**06-DEA-471908**, $11,900 U.S. Currency, Warwick, RI, Barros, Jonathan, 08/23/06
DISTRICT OF SOUTH CAROLINA
**06-DEA-471936**, $16,060.00 U.S. Currency, Greer, SC, Freeman, Betty and Freeman, Shenika, 08/18/06
**06-DEA-472007**, Ruger Model 10-22 .22 Caliber Rifle, Ser No 232-16891, Lugoff, SC, VL: $50.00, Espinoza-Garcia, Kenia and Luis-Delgado, Israel, 08/15/06
**06-DEA-472084**, $27,610.00 U.S. Currency, Greer, SC, Mesa-Lopez, Albeiro De Jesus and Baltazar-Jimenez, Juan Jose, 08/18/06
**06-DEA-472090**, One 26" ILO LCD HD Television, VL: $27,610.00, Ser No BJC6Z0103933T5, Greer, SC, Mesa-Lopez, Albeiro De Jesus and Baltazar-Jimenez, Juan Jose, 08/18/06
**06-DEA-472092**, $34,625.00 U.S. Currency, Greenville, SC, Freeman, Tonny Lee, 08/26/06

1FTSE34L33HA65821, Redwood City, CA, Liu, Wei Hua and Mai, Johnson, 08/11/06
**06-DEA-471978**, (8) Hydrofarm Ballasts and (8) Hydrofarm Light Hoods, VL: $2,568.00, Redwood City, CA, Mai, Johnson and Liu, Wei Hua, 08/11/06
**06-DEA-472209**, $30,353.00 U.S. Currency, Petaluma, CA, Weiss, Gregory and Weiss, Tiare, 07/26/06
SOUTHERN DISTRICT OF CALIFORNIA
**06-DEA-471135**, $1,175.00 U.S. Currency, San Diego, CA, Beecham, Charles Michael, 08/03/06
**06-DEA-471155**, 2005 Kawasaki UtilityATV, Mule3010, FD620DE376960, JK1AFCJ195B501003, Winterhaven, CA, Ortiz, George Anthony, 07/15/06
**06-DEA-471360**, $6,483.00 U.S. Currency, Jamul, CA, Werner, Paul George, 08/09/06
**06-DEA-471527**, $770.00 U.S. Currency, San Clemente, CA, Felix-Manjarrez, Roberto, 08/10/06
**06-DEA-471534**, $397.00 U.S. Currency, El Cajon, CA, Crane, Michael Julian, 07/17/06
**06-DEA-471558**, 2002 Ford Mustang Coupe, 1FAFP40442F178774, Pine Valley, CA, Myers, James Grady, 08/10/06

**06-DEA-472093**, Amadeo/Rossi Model Puma M92 .357 Caliber Rifle, Ser No K053511, VL: $125.00, Santa Rosa, CA, Costa, Nick, 07/26/06
**06-DEA-472239**, $7,906.00 U.S. Currency, Sebastopol, CA, Costa, Nick, 07/26/06
**06-DEA-472246**, $10,940.00 U.S. Currency, Petaluma, CA, Vanlare, James, 07/26/06
**06-DEA-472311**, 2005 Porsche 911 Coupe, WP0AB29995S741335, Burlingame, CA, Cai, Eric, 08/10/06
SOUTHERN DISTRICT OF CALIFORNIA
**06-DEA-467289**, $1,889.00 U.S. Currency, San Diego, CA, Quintero Jr., Jose, 05/04/06
**06-DEA-471388**, $7,033.00 U.S. Currency, Escondido, CA, Morales, Joel, 08/10/06
**06-DEA-471651**, $2,412.00 U.S. Currency, San Marcos, CA, Wright, Stacy Carol, 08/17/06
**06-DEA-471738**, $1,361.00 U.S. Currency, El Cajon, CA, Verdugo, Robert Joseph, 08/18/06
**06-DEA-471764**, $1,142.00 U.S. Currency, San Diego, CA, Gaines, Kristy, 08/21/06
**06-DEA-471765**, $1,025.00 U.S. Currency, San Diego, CA, Stokes, Colin Marc, 08/21/06
**06-DEA-471823**, $1,219.00 U.S. Currency, San Diego, CA, Aledia, Stephanny Estiller, 08/22/06
**06-DEA-471911**, 1995 Chevrolet Suburban SUV, 1GNEC16K3SJ337066, San Clemente, CA, Quiroz-Ramirez, Oscar Eduardo, 08/22/06
**06-DEA-471930**, $8,260.00 U.S. Currency, Encinitas, CA, Rudak, Mark Joseph and Baker, Forest Scott, 08/24/06
**06-DEA-471931**, $2,501.00 U.S. Currency, Encinitas, CA, Lopez-Morales, Jesus, 08/24/06
**06-DEA-471987**, 2001 Riviera Marine Yacht "Dock Holiday", Ser No 1111941, San Diego, CA, Arellano-Felix, Francisco Javier, 08/17/06
**06-DEA-472061**, $65,133.24 U.S. Currency, Oceanside, CA, Maddalena, Anthony Thomas and Maddalena, Angelo Roserio, 08/28/06
**06-DEA-472121**, Assorted Jewelry, VL: $10,656.50, (1) US $5 Eagle coin set in 14k yellow gold bezel; (1) 18k ladies Bucherer yellow gold wrist watch, total weight 30.8 gr; (1) 14k assorted jewelry gold weight 509.5 grams, some items with diamonds/precious stones; (1) 10k assorted gold jewelry some with stones, gold wt 131.2 grams; (1) lot gold filled mostly Estate jewelry 1 Elgin watch, 3 lockets, cuff links; (1) Jade elephant charm with gold trim; (1) gold plated or costume jewelry; (1) 9 stones loose; (1) 10k white gold ring with synthic blue star sapphire; (1) non gold or silver costume jewelry; (1) 14k white gold jewelry, 10 rings, 4 heart pendants gold wt 39.9 grams; (1) silver jewelry chains, earrings, ring weight 94.4 gr; (1) 14k white gold diamond bracelet set with 50 stones total wt approx 1 1/2 ct; (3) 3 rings 14k white gold with diamonds,1 with 5 stones, 1 with 21 diamonds, 1 with 43 diamonds; (1) silver chain 41 gr; (1) 14k mounting no stone 5.8 gr; (1) 22k gold ring with semi precious stones 3.8 gr; (1) 14k white gold diamond band, 10 diamonds approx 10 pt tw, 3.4 grams gold; (1) 14k yellow gold chain 24 grams; (4) 10k yellow gold rings set with synthic stones 10.9 grams; (1) none gold jewelry; (1) 22k yellow gold pendant 3.0 grams; (1) 10k black hills gold ring; (1) 14k yellow gold diamond ring total wt diamonds app; (7) 7 14k yellow gold diamond rings set with small stones; (2) 2 14k rope chains (1 broken) gold wt 12.4 gr; (2) 14k yellow gold diamond bracelets, each set with ap; (1) 14k charms 4.8 grams, El Cajon, CA, Verdugo, Robert Joseph, 08/18/06
**06-DEA-472145**, $8,208.00 U.S. Currency, Escondido, CA, Bedoya, Maria and Lopez-Perez, Juan, 08/29/06
**06-DEA-472173**, $2,881.00 U.S. Currency, Lemon Grove, CA, Gribble, Steven Douglas, 08/29/06
DISTRICT OF COLORADO
**06-DEA-471898**, 1995 GMC Suburban, 1GKGC26N9SJ736358, Denver, CO, Atondo, Everardo, 08/02/06
**06-DEA-472004**, $4,924.00 U.S. Currency, Aurora, CO, Doolittle, Joshua Andrew, 08/22/06
**06-DEA-472018**, 2002 Ford Explorer, 1FMZU62E92UA58011, Arvada, CO, Garcia, Abel Alejandro Ramirez AKA David AKA Castro-Garcia, Ulises, 08/15/06
DISTRICT OF COLUMBIA
**06-DEA-472035**, $23,980.00 U.S. Currency,

Harrison, 08/22/06
WESTERN DISTRICT OF KENTUCKY
**06-DEA-471968**, 2000 GMC Yukon, 1GKEK13RXYR141573, Louisville, KY, Alexander, Marissa AKA Alexander, Marrisha, 08/18/06
**06-DEA-472283**, (3) CD Accounts, PNC Bank, VL: $22,140.59, (1), PNC Bank Certificate of Deposit converted to PNC Bank Cashier's Check #506198, Ser No 3800111626; (1) PNC Bank Certificate of Deposit converted to PNC Bank Cashier's Check #506201, Ser No 3700111313; (1), PNC Bank Certificate of Deposit converted to PNC Bank Cashier's Check #506200, Ser No 3100114361, Louisville, KY, Williams, Patricia A. AKA Williams, Patricia AKA Williams Patricia Ann AKA Reed, Patricia AKA Reed, Patricia Ann, 08/28/06
EASTERN DISTRICT OF LOUISIANA
**06-DEA-471866**, $4,000.00 U.S. Currency, Slidell, LA, Tran, Xam, 08/21/06
**06-DEA-472113**, $4,280.00 U.S. Currency, Raceland, LA, Mays, Shaun, 08/21/06
**06-DEA-472155**, $9,380.00 U.S. Currency, Covington, LA, Yager, Christopher, 08/21/06
DISTRICT OF MASSACHUSETTS
**06-DEA-471008**, $180,020.00 U.S. Currency, Grafton, MA, Perez-Marquez, Hector, 07/27/06
**06-DEA-471641**, Assorted Coin Collection, VL: $14,000.00, (1) 1941 Walking Liberty Half Dollar-MS-63; (1) 1941 Walking Liberty Half Dollar-MS-62; (2) 1943 Walking Liberty Half Dollar-MS-60; (1) 1942 Walking Liberty Half Dollar-MS-60; (1) 1944 Walking Liberty Half Dollar -AU-58; (4) 1889 Morgan Silver Dollar-63; (1) 1885 Morgan Silver Dollar-MS-62; (1) 1885-O Morgan Silver Dollar-63; (1) 1882-S Morgan Silver Dollar-MS-63; (1) 1881 Morgan Silver Dollar-MS-63; (1) 1881-S Morgan Silver Dollar-MS-64; (1) 1878 Rev'79 Morgan Silver Dollar-MS63; (1) 1878-S Morgan Silver Dollar-MS-63; (2) 1900 Morgan Silver Dollar-63; (1) 1900-O Morgan Silver Dollar-62; (1) 1900-O Morgan Silver Dollar-MS-63; (2) 1896 Morgan Silver Dollar-62; (1) 1886 Morgan Silver Dollar-62; (1) 1880-S Morgan Silver Dollar-MS-63; (1) 1887 Morgan Silver Dollar; (1) 1883-CC Morgan Silver Dollar; (1) 1888-O Morgan Silver Dollar; (1) 1890 Morgan Silver Dollar-62; (1) 1888 Nickle MS-64-P-L; (1) 1932-S Quarter MS-63; (1) 1936-S Quarter-MS-64; (1) 1906 Cent MS-64-R+B; (1) 1920 Dime MS-64-5B; (1) 1865 3 cent MS-64; (1) 1885-O Morgan Silver Dollar-MS-62; (1) 1886 Morgan Silver Dollar-63; (1) 1892 1 cent; (1) 1922-D Peace 1.00-MS-63; (1) 1924 Peace 1.00-BU-62; (1) 1936 Cleveland Commemorative-MS-64; (1) 1922 Grant Commemorative - MS-63; (1) 1936 Long Island Commemorative-MS-64; (1) 1920 Maine Commemorative-MS-64; (1) 1935 Spanish Trail Commemorative-MS-64; (1) 1954 Proof Set (in box); (1) 1955 Proof Set (in box); (1) 1920 20.00 St. Gaudens-MS-63; (1) 1924 20.00 St. Gaudens-MS-63; (1) 1941-S Walking Liberty Half Dollar-MS-63; (1) 1945 Walking Liberty Half Dollar-MS-62; (1) 1945 Walking Liberty Half Dollar-MS-63, Boston, MA, Lizotte, Richard, 08/09/06
**06-DEA-471711**, 1999 Mazda 626, 1YVGF22D0X5846872, Lawrence, MA, Ortiz, Antonio, 07/28/06
DISTRICT OF MARYLAND
**06-DEA-471758**, $170,000.00 U.S. Currency, Newburg, MD, Oliveras-Torres, William and Ollivierre, Cassius L., 08/09/06
**06-DEA-471924**, Assorted Jewelry, VL: $22,975.00, (1) Gents Stainless steel Paneral Luminor Marina Watch; (1) Gents Stainless Steel Movado Quartz Chronograph Wrist Watch; (1) Gents 18kt. White Gold Neck Chain; (1) Gents platinum and diamond ring, College Park, MD, Evans, Balford, 08/15/06
**06-DEA-472025**, $2,292.00 U.S. Currency, Baltimore, MD, Washington, Windeer AKA Junior AKA Washington Jr., Windeer, 08/22/06
**06-DEA-472037**, 1996 Oldsmobile Cutlass, 1G3WH52M8TF336366, Newburg, MD, Oliveras-Torres, William and Ollivierre, Cassius L., 08/09/06
**06-DEA-472044**, $2,019.00 U.S. Currency, Baltimore, MD, Johnson, Danielle AKA Johnson, Danielle Denise, 08/21/06
**06-DEA-472046**, $1,545.00 U.S. Currency, Newburg,

48646719352; 48465094249; 48465094250; 48645642518; 48645642529; 55347836270; 55347836280; 48886317656; 48886317667; 55554330183; 55554330194; 48318770423; 48318770434; 54306039524; (9) International Money Orders, Ser Nos. 053931756; 044598675; 044598676; 044598677; 044598678; 7574256184; 7574256173; 7574256162; 7574256151; (19) United Postal Money Orders, Ser Nos. 09723011940; 09721945596; 09722290724; 09721945585; 09722108553; 09723011951; 09722108564; 09437961273; 09721304572; 09722290814; 09723011938; 09722789842; 09722392648; 09721267964; 09723772888; 09723772890; 09722094434; 09723798540; 09722789831; Albuquerque, NM, Davis, Cassandra, 08/18/06
**06-DEA-472124**, $60,000.00 U.S. Currency, Deming, NM, Gallagher, Thomas, 08/29/06
DISTRICT OF NEVADA
**06-DEA-472096**, $6,602.00 U.S. Currency, Las Vegas, NV, Hall, Joseph Arthur, 08/23/06
**06-DEA-472137**, 2004 Chrysler Sebring, 1C3EL46X74N232858, Las Vegas, NV, Mojarro, Edgar Gabriel, 08/22/06
**06-DEA-472140**, $72,990.00 U.S. Currency, Las Vegas, NV, Velez-Santana, Jose Antonio, 08/28/06
**06-DEA-472153**, $6,100.00 U.S. Currency, Las Vegas, NV, Mojarro, Edgar Gabriel, 08/22/06
**06-DEA-472167**, 2000 Chevrolet Tahoe, 1GNEC13T8YJ198090, Jean, NV, Chester, Carl, 08/15/06
EASTERN DISTRICT OF NEW YORK
**06-DEA-471951**, $23,060.00 U.S. Currency, Brooklyn, NY, Vass, Jamal, 08/02/06
**06-DEA-472074**, $4,003.00 U.S. Currency, Brooklyn, NY, Hernandez, Mitchell, 08/16/06
NORTHERN DISTRICT OF NEW YORK
**06-DEA-471893**, $6,240.00 U.S. Currency, Hudson Falls, NY, Harris, Ryan, 08/11/06
**06-DEA-472065**, $3,000.00 U.S. Currency, Glens Falls, NY, Guimond, Lucas, 08/21/06
**06-DEA-472358**, $4,000.00 U.S. Currency, Albany, NY, Perez, Adolfo, 08/18/06
SOUTHERN DISTRICT OF NEW YORK
**06-DEA-471435**, 2006 Orange Mitsubishi Eclipse GT Coupe, 4A3AK24F66E002112, Bronx, NY, Beras, Francisco Antonio AKA Moreno, 07/21/06
**06-DEA-471812**, $24,920.00 U.S. Currency, New York, NY, Muse, Bashi, 07/26/06
**06-DEA-471824**, $197,160.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
**06-DEA-471863**, $63,640.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
**06-DEA-471937**, $122,985.00 U.S. Currency, New York, NY, Bermudez, Gustavo, 07/18/06
WESTERN DISTRICT OF NEW YORK
**06-DEA-472180**, $3,467.00 U.S. Currency, Buffalo, NY, Smith, William, 08/24/06
**06-DEA-472220**, $2,467.00 U.S. Currency, Rochester, NY, Siplin, Tyrone, 08/24/06
NORTHERN DISTRICT OF OHIO
**06-DEA-471833**, $5,210.00 U.S. Currency, Cleveland, OH, Davis, Emanuel AKA Davis, Emmanuel, 08/10/06
**06-DEA-472080**, $11,000.00 U.S. Currency, Cleveland, OH, Mays, Michael AKA Mayes, Michael Paul AKA Mays, Michael A. AKA Mays, Michael D. AKA Mays, Michael P. AKA Mays, Michael Paul, 08/15/06
**06-DEA-472138**, 1998 Lincoln Navigator, 5LMRU27L6WLJ58284, Cleveland, OH, Warren, Brian K. AKA Brian, 08/15/06
SOUTHERN DISTRICT OF OHIO
**06-DEA-472087**, $653.00 U.S. Currency, Columbus, OH, Miranda-Cruz, Elias AKA Guiro AKA Chavez-Perez, Efrain, 08/15/06
**06-DEA-472130**, $4,390.00 U.S. Currency, Columbus, OH, Miranda-Cruz, Elias AKA Guiro AKA Chavez-Perez, Efrain, 08/15/06
DISTRICT OF OREGON
**06-DEA-471666**, .22 LR caliber Model 116 Mk IV semi-automatic rifle, Ser No A293383, VL: $50.00, Wheeler County, OR, Unknown, 08/09/06
WESTERN DISTRICT OF PENNSYLVANIA
**06-DEA-472006**, Jennings Model J-22 .22 caliber Semi-Automatic Handgun, Ser No 1088627, VL:

**06-DEA-472316**, $25,276.00 U.S. Currency, Milwaukee, WI, Graf, Charles E., 08/30/06
**06-DEA-472359**, $3,754.00 U.S. Currency, Milwaukee, WI, Whiting, Carnell, 08/30/06
WESTERN DISTRICT OF WISCONSIN
**06-DEA-472189**, $10,976.00 U.S. Currency, Madison, WI, Rogers, Timothy J., 08/30/06
**06-DEA-472367**, $2,192.00 U.S. Currency, Madison, WI, Webster, Corey D., 08/31/06

SECOND NOTICE
LAST DATE TO FILE NOVEMBER 16, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
**06-DEA-471051**, $10,160.00 U.S. Currency, Montgomery, AL, Henderson, Michael AKA Dorsey, Mijoco AKA James, Montae, 07/27/06
NORTHERN DISTRICT OF ALABAMA
**06-DEA-471939**, $4,974.00 U.S. Currency, Jasper, AL, Pruitt, Dilmus, 08/23/06
**06-DEA-471941**, $3,186.00 U.S. Currency, Jasper, AL, Pruitt, Dilmus, 08/23/06
**06-DEA-471952**, $3,733.00 U.S. Currency, Jasper, AL, Freeman, Marvin Rickey, 08/14/06
EASTERN DISTRICT OF ARKANSAS
**06-DEA-469767**, 2002 Cadillac Escalade, 1GYEK63N82R190701, Jonesboro, AR, Rufus, Demetrius, 06/13/06
DISTRICT OF ARIZONA
**06-DEA-471296**, 9mm Armi Fratelli Tanfoglio Spa Model TZ75 Handgun, Ser No H22337, VL: $240.00, Phoenix, AZ, Anaya-Lopez, Ramiro Antonio, 08/03/06
**06-DEA-471341**, 1986 Nissan Stanza, JN1HM05S6GX033428, Rio Rico, AZ, Garcia-Beltran, Gilberto, 08/01/06
**06-DEA-471348**, 12 Gauge Benelli Shotgun Model M1 Super 90, Ser No M410498, VL: $300.00, Avondale, AZ, Unknown, 08/03/06
**06-DEA-471663**, $15,500.00 U.S. Currency, Phoenix, AZ, Terrazas-Camacho, AKA Camacho, Jesus T., 08/09/06
**06-DEA-471748**, $4,540.00 U.S. Currency, Tucson, AZ, Unidentified, 08/02/06
**06-DEA-471880**, $3,050.00 U.S. Currency, Avondale, AZ, Unknown, 08/03/06
**06-DEA-471979**, Beretta Model Unk 9mm Pistol, Ser No BER407097, VL: $275.00, Phoenix, AZ, Terrazas-Camacho, Jesus AKA Camacho, Jesus T., 08/09/06
CENTRAL DISTRICT OF CALIFORNIA
**06-DEA-471619**, $3,000.00 U.S. Currency, Chino, CA, Jimenez, Erik Demetrio, 08/15/06
**06-DEA-471672**, $69,800.00 U.S. Currency, North Hollywood, CA, De La Mora Rueias, Hilda, 08/15/06
**06-DEA-471722**, (25) Western Union Money Orders, VL: $15,000.00, Ser Nos. 08-499091193; 08-499091194; 08-499091195; 08-499091197; 08-499091196; 08-403947706; 08-403947707; 08-403947709; 08-403947708; 08-403947710; 08-403947711; 08-403947703; 08-403947702; 08-403947704; 08-502268936; 08-403947705; 08-502268935; 08-502268937; 08-502268941; 08-502268942; 08-502268943; 08-502268944; 08-502268940; 08-502268938; 08-502268939, Los Angeles, CA, Campos, Julie Portillo, 08/07/06
**06-DEA-471730**, $15,080.00 U.S. Currency, Los Angeles, CA, Mendez, Jesus Ventura, 08/08/06
**06-DEA-471741**, $7,400.00 U.S. Currency, Los Angeles, CA, Moreno, Saul Gomez, 08/08/06
**06-DEA-471842**, $8,100.00 U.S. Currency, Santa Fe Springs, CA, Fllicker, Richard, 08/08/06
**06-DEA-471854**, $5,776.00 U.S. Currency, Los Angeles, CA, Miller, David, 08/15/06
**06-DEA-471942**, $6,673.00 U.S. Currency, Los Angeles, CA, Wright, Lloyd Garfield, 08/14/06
EASTERN DISTRICT OF CALIFORNIA
**06-DEA-471912**, 1996 Mercury Cougar ZR-7 Co 1MELM62W3TH624272, Vallejo, CA, Vega, Jesu Fernando, 07/27/06
NORTHERN DISTRICT OF CALIFORNIA
**06-DEA-471790**, $2,251.00 U.S. Currency, San Francisco, CA, Ward, Omar, 07/11/06
**06-DEA-471946**, 2003 Ford E350 Van,

**06-DEA-471818**, 2000 blue Boydstun trailer/car carrier, 1B9CS4520YP275242, Newburg, MD, Oliveras-Torres, William and Ollivierre, Cassius L., 08/09/06
**06-DEA-471860**, Wachovia Bank, Account #1010129192613; VL: $1,348.80, Bowie, MD, Joachin, Odessy Ronald, 07/28/06
DISTRICT OF MAINE
**06-DEA-471352**, 2004 Chevrolet Corvette, 1G1YY32G045116422, Sabattus, ME, Sargent, Angela J, 08/03/06
**06-DEA-471364**, 2001 Chrysler PT Cruiser, 3C8FY4BB11T521191, Sabattus, ME, Sargent, Angela J, 08/03/06
EASTERN DISTRICT OF MICHIGAN
**06-DEA-471740**, 1995 Chevrolet Impala SS, 1G1BL52P1SR125989, Detroit, MI, Davis II, Richard Vernon AKA Davis Jr., Richard Vernon AKA Davis, Richard Vernon AKA Moore, Richard Charles AKA Moore, Roderick Jay and Belcher, Delando Martinez, 08/09/06
**06-DEA-471856**, 1999 Chevrolet Suburban, 1GBFK16RXXJ390114, Detroit, MI, Davis II, Richard Vernon AKA Davis Jr., Richard Vernon AKA Davis, Richard Vernon AKA Moore, Richard Charles AKA Moore, Roderick Jay and Belcher, Delando Martinez, 08/09/06
**06-DEA-471976**, 2000 Volvo C70 Convertible, YV1NC56D8YJ009484, Detroit, MI, Williams, Kahtina Jermona, 08/23/06
**06-DEA-472031**, Mossberg 835 12 Gauge Pump Shotgun, Ser No UM 524326, VL: $375.00, Detroit, MI, Turner, Livena Lachella, 08/23/06
DISTRICT OF MINNESOTA
**06-DEA-470595**, $14,550.00 U.S. Curency in Safe Deposit Box #952, Highland Bank, Bloomington, MN, Aguilar, Everardo and Delgado, Laura Alejandra Becerril, 07/07/06
**06-DEA-470619**, Assorted Mens Jeweiry, VL: $25,751.00, (1) 18K (stamped) white gold gents diamond band; (1) 10K (tested) gents white gold diamond ring; (1) 10K (stamped) ladies yellow gold, diamond cluster ring; (1) 10K (tested) yellow gold gents, Claddaugh ring; (1) 14K (stamped) yellow gold gents diamond band; (1) 14K yellow gold ladies opal Kabana ring; (1) 14K (stamped) yellow gold, gents lion's head ring; (1) 14K (stamped) yellow gold, gents lion's head ring; (1) 14K (stamped) yellow gold, gents onyx ring; (1) 10K (stamped) yellow gold gents neck chain; (1) 14K (stamped) yellow gold gents heavy curb bracelet; (1) 14K (stamped) gents white gold bracelet; (1) 14K (stamped) yellow gold coin pendant; (1) 14K white gold ladies pendant; (1) 10K (tested) yellow gold gents heavy Miami Cub; (1) 10K (tested) yellow gold gents pendant; (1) lion's head pendant; (1) 14K (stamped) yellow gold gents neck chain; (1) 10K (stamped 417) yellow gold gents neck chain; (1) 14K (stamped) yellow gold ladies 18 1/2inch, B; (1) gents Raymond Weil wristwatch; (1) gents Movado stainless steel wristwatch, Ser No 4096130; (1) gents Movado stainless steel wristwatch, Ser No 361974, Bloomington, MN, Aguilar, Everardo and Delgado, Laura Alejandra Becerril, 07/07/06
**06-DEA-471161**, $11,250.00 U.S. Currency, Bloomington, MN, Dahir, Abdinur Ahmed AKA Husserin, Abdiqadir Abdi, 07/26/06
**06-DEA-471682**, $3,000.00 U.S. Currency in Safe Deposit Box 8678, Wells Fargo Bank, Wayzata, MN, Luhm, Stuart Donald, 08/01/06
**06-DEA-471686**, Wells Fargo Bank, Checking Account #2449142583, VL: $2,141.05, Wayzata, MN, Luhm, Stuart Donald, 08/01/06
**06-DEA-471688**, Wells Fargo Bank, Savings Account

EXHIBIT
tabbies
3

THE WALL STREET JOURNAL. MONDAY, OCTOBER 16, 2006 B7

## ◈ PUBLIC NOTICES ◈

# LEGAL NOTICE ATTENTION

...ed for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the (... Sections 801 et seq.). An owner or lienor may file a petition for ...Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, ar... ...ocess set forth in Title 28, Code of Federal Regulations, Part 9. ...ement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person ... ...rty in UNITED STATES DISTRICT COURT by filing a claim with ... Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to ... ...ndence will be deemed filed when actually received by the DEA ...nes of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this no... ...et of DEA investigations or other activities.

WDBED30E5PB915666, Saint Albans, WV, Blake, Byfield Adolph AKA Blackwell, Devon AKA Blake, Devon, 08/24/06
06-DEA-472415, $11,120.00 U.S. Currency, Saint Albans, WV, Blake, Byfield Adolph AKA Blackwell, Devon AKA Blake, Devon, 08/24/06

SECOND NOTICE
LAST DATE TO FILE NOVEMBER 23, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
06-DEA-471680, $5,152.00 U.S. Currency, Montgomery, AL, Jones, Harry Edward, 08/08/06
06-DEA-471966, $8,000.00 U.S. Currency, Montgomery, AL, Merritt, Jacquard, 08/23/06
06-DEA-472249, $5,370.00 U.S. Currency, Montgomery, AL, Davidson, Cedric Lee, 08/24/06
06-DEA-472484, $15,700.00 U.S. Currency, Montgomery, AL, Morris, Sylvester, 08/28/06
06-DEA-472511, $5,000.00 U.S. Currency, Montgomery, AL, Hartwell, Phillip, 08/30/06
NORTHERN DISTRICT OF ALABAMA
06-DEA-471955, $4,340.00 U.S. Currency, Jasper, AL, [illegible] Gregory
1A9DC215933588055, Petaluma, CA, Weiss, Gregory Allen, 07/26/06
06-DEA-472066, Bank of America, Cashier's Check #413208523, VL: $50,000.00, Mill Valley, CA, Chevinov Opening LLC, 07/27/06
06-DEA-472093, Amadeo/Rossi Model Puma M92 .357 Caliber Rifle, Ser No K053511, VL: $125.00, Santa Rosa, CA, Costa, Nick, 07/26/06
06-DEA-472239, $7,906.00 U.S. Currency, Sebastopol, CA, Costa, Nick, 07/26/06
06-DEA-472246, $40,940.00 U.S. Currency, Petaluma, CA, Vanlare, James, 07/26/06
06-DEA-472311, 2005 Porsche 911 Coupe, WP0AB29995S741335, Burlingame, CA, Cai, Eric, 08/10/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-467289, $1,889.00 U.S. Currency, San Diego, CA, Quintero Jr., Jose, 05/04/06
06-DEA-471388, $7,033.00 U.S. Currency, Escondido, CA, Morales, Joel, 08/10/06
06-DEA-471651, $2,412.00 U.S. Currency, San Marcos, CA, Wright, Stacy Carol, 08/17/06
06-DEA-471738, $1,361.00 U.S. Currency, El Cajon, CA, Verdugo, Robert Joseph, 08/18/06
06-DEA-471764, $1,142.00 U.S. Currency, San Diego, CA, Gaines, Kristy, 08/21/06
06-DEA-471765, $1,025.00 U.S. Currency, San Diego, CA, Stokes, Colin Marc, 08/21/06
06-DEA-471823, $1,219.00 U.S. Currency, San Diego, CA, Aledia, Stephanny Estiller, 08/22/06
06-DEA-471911, 1995 Chevrolet Suburban SUV, 1GNEC16K3SJ337066, San Clemente, CA, Quiroz-Ramirez, Oscar Eduardo, 08/22/06
06-DEA-471930, $8,260.00 U.S. Currency, Encinitas, CA, Rudak, Mark Joseph and Baker, Forest Scott, 08/24/06
06-DEA-471931, $2,501.00 U.S. Currency, Encinitas, CA, Lopez-Morales, Jesus, 08/24/06
06-DEA-471987, 2001 Riviera Marine Yacht "Dock Holiday", Ser No 1111941, San Diego, CA, Arellano-Felix, Francisco Javier, 08/17/06
06-DEA-472061, $65,133.24 U.S. Currency, Oceanside, CA, Maddalena, Anthony Thomas and Maddalena, Angelo Roserio, 08/28/06
06-DEA-472121, Assorted Jewelry, VL: $10,656.50, (1) US $5 Eagle coin set in 14k yellow gold bezel; (1) 18k ladies Bucherer yellow gold wrist watch, total weight 30.8 gr; (1) 14k assorted jewelry gold weight 509.5 grams, some items with diamonds/precious stones; (1) 10k assorted gold jewelry some with stones, gold wt 131.2 grams; (1) lot gold filled mostly Estate jewelry 1 Elgin watch, 3 lockets, cuff links; (1) Jade elephant charm with gold trim; (1) gold plated or costume jewelry; (1) 9 stones loose; (1) 10k white gold ring with synthic blue star sapphire; (1) non gold or silver costume jewelry; (1) 14k white gold jewelry, 10 rings, 4 heart pendants gold wt 39.9 grams; (1) silver jewelry chains, earrings, ring weight 94.4 gr; (1) 14k white gold diamond bracelet set with 50 stones total wt approx 1 1/2 ct; (3) 3 rings 14k white gold with diamonds, 1 with 5 stones, 1 with 21 diamonds, 1 with 43 diamonds; (1) silver chain 41 gr; (1) 14k mounting no stone 5.8 gr; (1) 22k gold ring with semi precious stones 3.8 gr; (1) 14k white gold diamond band, 10 diamonds approx 10 pt tw, 3.4 grams gold; (1) 14k yellow gold chain 24 grams; (4) 10k yellow gold rings set with synthic stones 10.9 grams; (1) none gold jewelry; (1) 22k yellow gold pendant 3.0 grams; (1) 14k black hills gold ring; (1) 14k yellow gold diamond rings total wt diamonds app; (7) 7 14k yellow gold diamond rings with small stones; (2) 2 14k rope chains (1 broken) gold 12.4 gr; (2) 14k yellow gold diamond bracelets, each set with ap; (1) 14k charms 4.8 grams, El Cajon, CA, Verdugo, Robert Joseph, 08/18/06
06-DEA-472145, $8,208.00 U.S. Currency, Escondido, CA, Cordoya, Maria and Lopez-Perez, Juan, 08/29/06
06-DEA-472173, $2,881.00 U.S. Currency, Lemon Grove, CA, Gribble, Steven Douglas, 08/29/06
DISTRICT OF COLORADO
06-DEA-471898, 1995 GMC Suburban, 1GKGC26N9SJ736358, Denver, CO, Atondo, Everardo, 08/02/06
06-DEA-472004, $4,924.00 U.S. Currency, Aurora, CO, Whittle, Joshua Andrew, 08/22/06
06-DEA-472018, 2002 Ford Explorer, 1FMZU62E92UA58011, Arvada, CO, Garcia, Abel Alejandro Ramirez AKA David AKA Castro-Garcia, Ulises, 08/15/06
DISTRICT OF COLUMBIA
06-DEA-472035, $23,980.00 U.S. Currency, Washington, [illegible] 08/21/06

Notebook V2575US CTO V2000, Ser No CNF541294B, Orlando, FL, Mateo Jr., Santiago and Moss, Abraham and Tubbs, Bobby Jaymori, 08/03/06
06-DEA-472337, $4,280.00 U.S. Currency, Orlando, FL, Sierra-Daly, Christian, 08/23/06
06-DEA-472339, 1992 Chevrolet Corvette Coupe, 1G1YY23P5N5116667, Orlando, FL, Reyes, David, 08/23/06
NORTHERN DISTRICT OF FLORIDA
06-DEA-471973, $40,625.00 U.S. Currency, Marianna, FL, Elizondo, Rene Melquizo and Lopez, Steven Paul and Rodriguez, Vincent Steve, 08/20/06
06-DEA-472243, 1997 Toyota Camry XLE, 4T1BG22K4VU798710, Tallahassee, FL, Bennett III, Richard, 08/25/06
SOUTHERN DISTRICT OF FLORIDA
06-DEA-461589, 2000 41' Silverton Yacht Vessel "Jennyfer", Ser No STND0248800037C, Miami, FL, Boyer, Andre Alex, 12/28/05
06-DEA-471278, $7,795.00 U.S. Currency, Miami, FL, Dang, Huy Hoang, 08/02/06
06-DEA-472380, 2000 Mercedes-Benz S-500, WDBNG75J7YA044149, Miami, FL, Tran, Phong Thanh
3700113136, (1) PNC Bank Cashier's Check #506200, Ser No converted to PNC Bank Cashier's Check #506200, Ser No 3100114361, Louisville, KY, Williams, Patricia A. AKA Williams, Patricia AKA Williams Patricia Ann AKA Reed, Patricia AKA Reed, Patricia Ann, 08/28/06
EASTERN DISTRICT OF LOUISIANA
06-DEA-471866, $4,000.00 U.S. Currency, Slidell, LA, Tran, Xam, 08/21/06
06-DEA-472113, $4,280.00 U.S. Currency, Raceland, LA, Mays, Shaun, 08/21/06
06-DEA-472155, $9,380.00 U.S. Currency, Covington, LA, Yager, Christopher, 08/21/06
DISTRICT OF MASSACHUSETTS
06-DEA-471008, $180,020.00 U.S. Currency, Grafton, MA, Perez-Marquez, Hector, 07/27/06
06-DEA-471641, Assorted Coin Collection, VL: $14,000.00, (1) 1941 Walking Liberty Half Dollar-MS-63; (1) 1941 Walking Liberty Half Dollar-MS-62; (2) 1943 Walking Liberty Half Dollar-MS-62; (1) 1945 Walking Liberty Half Dollar-MS-60; (1) 1942 Walking Liberty Half Dollar-MS-60; (1) 1944 Walking Liberty Half Dollar -AU-58; (4) 1889 Morgan Silver Dollar-63; (1) 1885 Morgan Silver Dollar-MS-62; (1) 1885-O Morgan Silver Dollar-63; (1) 1882-S Morgan Silver Dollar-MS-63; (1) 1881 Morgan Silver Dollar-MS-63; (1) 1881-S Morgan Silver Dollar-MS-64; (1) 1878 Rev'79 Morgan Silver Dollar-MS63; (1) 1878-S Morgan Silver Dollar-MS-63; (2) 1900 Morgan Silver Dollar-63; (1) 1900-O Morgan Silver Dollar-62; (1) 1900-O Morgan Silver Dollar-MS-63; (2) 1896 Morgan Silver Dollar-62; (1) 1886 Morgan Silver Dollar-62; (1) 1880-S Morgan Silver Dollar-MS-63; (1) 1887 Morgan Silver Dollar; (1) 1883-CC Morgan Silver Dollar; (1) 1888-O Morgan Silver Dollar; (1) 1890 Morgan Silver Dollar-62; (1) 1888 Nickle MS-64-P-L; (1) 1932-S Quarter MS-63; (1) 1936-S Quarter-MS-64; (1) 1906 Cent MS-64-R+B; (1) 1920 Dime MS-64-5B; (1) 1865 3 cent MS-64; (1) 1885-O Morgan Silver Dollar-MS-62; (1) 1886 Morgan Silver Dollar-63; (1) 1892 1 cent; (1) 1922-D Peace 1.00-MS-63; (1) 1924 Peace 1.00-BU-62; (1) 1936 Cleveland Commemorative-MS-64; (1) 1922 Grant Commemorative - MS-63; (1) 1936 Long Island Commemorative-MS-64; (1) 1920 Maine Commemorative-MS-64; (1) 1935 Spanish Trail Commemorative-MS-64; (1) 1954 Proof Set (in box); (1) 1955 Proof Set (in box); (1) 1920 20.00 St. Gaudens-MS-63; (1) 1924 20.00 St. Gaudens-MS-63; (1) 1941-S Walking Liberty Half Dollar-MS-63; (1) 1945 Walking Liberty Half Dollar-MS-62; (1) 1945 Walking Liberty Half Dollar-MS-63, Boston, MA, Lizotte, Richard, 08/09/06
06-DEA-471711, 1999 Mazda 626, 1YVGF22D0X5846872, Lawrence, MA, Ortiz, Antonio, 07/28/06
DISTRICT OF MARYLAND
06-DEA-471758, $170,000.00 U.S. Currency, Newburg, MD, Oliveras-Torres, William and Ollivierre, Cassius L., 08/09/06
06-DEA-471924, Assorted Jewelry, VL: $22,975.00, (1) Gents Stainless steel Paneral Luminor Marina Watch; (1) Gents Stainless Steel Movado Quartz Chronograph Wrist Watch; (1) Gents 18kt. White Gold Neck Chain; (1) Gents platinum and diamond ring, College Park, MD, Evans, Balford, 08/15/06
06-DEA-472025, $2,292.00 U.S. Currency, Baltimore, MD, Washington, Windeer AKA Junior AKA Washington Jr., Windeer, 08/22/06
06-DEA-472037, 1996 Oldsmobile Cutlass, 1G3WH52M8TF336366, Newburg, MD, Oliveras-Torres, William and Ollivierre, Cassius L., 08/09/06
06-DEA-472044, $2,019.00 U.S. Currency, Baltimore, MD, Johnson, Danielle AKA Johnson, Danielle Denise, 08/21/06
06-DEA-472046, $1,545.00 U.S. Currency, Newburg, MD, Ollivierre, Cassius L., 08/09/06
06-DEA-472108, Panasonic Plasma HDTV, Ser No YH4360142, VL: $4,500.00, Bowie, MD, Phillips, Kenya Jamar, 08/11/06
06-DEA-472120, $4,570.00 U.S. Currency, Germantown, MD, Grey, Byron Anthony, 08/16/06
06-DEA-472379, Wachovia Bank, Account #4538-9018-1; VL: $25,378.68, Bowie, MD, Joachin, Odessy Ronald, 08/21/06
DISTRICT OF MINNESOTA
06-DEA-471913, $12,042.00 U.S. Currency, Spring Lake Park, MN, Olchefski, Sara Ann, 08/14/06
06-DEA-471953, $50,100.00 U.S. Currency, Newport, MN, Salinas, Omar, 08/16/06
06-DEA-472060, 1987 Chevrolet 4x4 Pickup Truck, 1GCEV14H0HF334907, Eagan, MN, Salinas-Alarcon, Jorge Armando, 08/16/06
06-DEA-472082, 1973 Ford Mustang Convertible, 3F03F255406, Eagan, MN, Salinas-Alarcon, Jorge Armando, 08/16/06

06-DEA-472301, Newman Sled-Bed Trailer, Ser No 12003730, Eagan, MN, Salinas-Alarcon, Jorge Armando, 08/16/06
06-DEA-472348, Triton Watercraft Trailer, Ser No A971788, Newport, MN, Salinas, Omar Alejandro, 08/16/06
EASTERN DISTRICT OF MISSOURI
06-DEA-461508, $2,981.00 U.S. Currency, St. Louis, MO, Cox, Corey, 12/15/05
06-DEA-461642, $1,462.00 U.S. Currency, Charlack, MO, Hammonds, Courtney, 12/19/05
06-DEA-461917, $21,250.00 U.S. Currency, St. Louis, MO, Davis, Claude Jesse, 12/20/05
06-DEA-471872, 2000 Lincoln Town Car VIN: 1LNHM82W7YY825890, Maryland Heights, MO, Love, Tyeita, 08/16/06
06-DEA-471885, $109,000.00 U.S. Currency, Maryland Heights, MO, Love, Tyieta, 08/16/06
06-DEA-471903, $5,000.00 U.S. Currency, St. Louis, MO, Jones, Jessie, 08/14/06
06-DEA-472229, $796,875.00 U.S. Currency, St. Louis, MO, Settle, Kelvin, 08/10/06
WESTERN DISTRICT OF MISSOURI
06-DEA-471774, $40,440.00 U.S. Currency, ...
06-DEA-472167, 2000 Chevrolet Tahoe, 1GNEC13T8YJ198090, Jean, NV, Chester, Carl, 08/15/06
EASTERN DISTRICT OF NEW YORK
06-DEA-471951, $23,060.00 U.S. Currency, Brooklyn, NY, Vass, Jamal, 08/02/06
06-DEA-472074, $4,003.00 U.S. Currency, Brooklyn, NY, Hernandez, Mitchell, 08/16/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-471893, $6,240.00 U.S. Currency, Hudson Falls, NY, Harris, Ryan, 09/11/06
06-DEA-472065, $3,000.00 U.S. Currency, Glens Falls, NY, Guimond, Lucas, 08/21/06
06-DEA-472358, $4,000.00 U.S. Currency, Albany, NY, Perez, Adolfo, 08/18/06
SOUTHERN DISTRICT OF NEW YORK
06-DEA-471435, 2006 Orange Mitsubishi Eclipse GT Coupe, 4A3AK24F66E002112, Bronx, NY, Beras, Francisco Antonio AKA Moreno, 07/21/06
06-DEA-471812, $24,920.00 U.S. Currency, New York, NY, Muse, Bashi, 07/26/06
06-DEA-471824, $197,160.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
06-DEA-471863, $63,640.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
06-DEA-471937, $122,985.00 U.S. Currency, New York, NY, Bermudez, Gustavo, 07/18/06
WESTERN DISTRICT OF NEW YORK
06-DEA-472180, $3,467.00 U.S. Currency, Buffalo, NY, Smith, William, 08/24/06
06-DEA-472220, $2,467.00 U.S. Currency, Rochester, NY, Siplin, Tyrone, 08/24/06
NORTHERN DISTRICT OF OHIO
06-DEA-471833, $5,210.00 U.S. Currency, Cleveland, OH, Davis, Emanuel AKA Davis, Emmanuel, 08/10/06
06-DEA-472080, $11,000.00 U.S. Currency, Cleveland, OH, Mays, Michael AKA Mayes, Michael Paul AKA Mays, Michael A. AKA Mays, Michael D. AKA Mays, Michael P. AKA Mays, Michael Paul, 08/15/06
06-DEA-472138, 1998 Lincoln Navigator, 5LMRU27L6WLJ58284, Cleveland, OH, Warren, Brian K. AKA Brian, 08/15/06
SOUTHERN DISTRICT OF OHIO
06-DEA-472087, $653.00 U.S. Currency, Columbus, OH, Miranda-Cruz, Elias AKA Guiro AKA Chavez-Perez, Efrain, 08/15/06
06-DEA-472130, $4,390.00 U.S. Currency, Columbus, OH, Miranda-Cruz, Elias AKA Guiro AKA Chavez-Perez, Efrain, 08/15/06
DISTRICT OF OREGON
06-DEA-471666, .22 LR caliber Model 116 Mk IV semi-automatic rifle, Ser No A293383, VL: $50.00, Wheeler County, OR, Unknown, 08/09/06
WESTERN DISTRICT OF PENNSYLVANIA
06-DEA-472006, Jennings Model J-22 .22 caliber Semi-Automatic Handgun, Ser No 1088627, VL: $30.00, Burgettstown, PA, Olson, Anne, 08/10/06
DISTRICT OF RHODE ISLAND
06-DEA-468252, 1993 Mercedes Benz 300, WDBGA32E0PA115786, Newport, RI, Greene, Tiante AKA Four Pound, 05/16/06
06-DEA-471908, $11,900 U.S. Currency, Warwick, RI, Barros, Jonathan, 08/23/06
DISTRICT OF SOUTH CAROLINA
06-DEA-471936, $16,060.00 U.S. Currency, Greer, SC, Freeman, Betty and Freeman, Shenika, 08/18/06
06-DEA-472007, Ruger Model 10-22 .22 Caliber Rifle, Ser No 232-16891, Lugoff, SC, VL: $50.00, Espinoza-Garcia, Kenia and Luis-Delgado, Israel, 08/15/06
06-DEA-472084, $27,610.00 U.S. Currency, Greer, SC, Mesa-Lopez, Albeiro De Jesus and Baltazar-Jimenez, Juan Jose, 08/18/06
06-DEA-472090, One 26" ILO LCD HD Television, VL: $27,610.00, Ser No BJC6Z0103933T5, Greer, SC, Mesa-Lopez, Albeiro De Jesus and Baltazar-Jimenez, Juan Jose, 08/18/06
06-DEA-472092, $34,625.00 U.S. Currency, Greenville, SC, Freeman, Tonny Lee, 08/26/06
06-DEA-472095, $32,464.00 U.S. Currency, Duncan, SC, Dogan, Eric Marquan, 08/18/06
06-DEA-472225, $30,400.00 U.S. Currency, St. George, SC, Ruiz, Miguel and Arriaga Jr., Joe, 08/23/06
06-DEA-472248, $112,020.00 U.S. Currency, Greenville, SC, Bennett Jr., Henry Peter, 08/28/06
MIDDLE DISTRICT OF TENNESSEE
06-DEA-472187, 2000 Mitsubishi Eclipse GT, 4A3AC84L4YE085175, LaVergne, TN, Valderrama-Gonzalez, Celso and Castenada-Navarro, Joaquin, 08/15/06
06-DEA-472191, 1994 Chevrolet Blazer, ... Nashville, TN, Sismore, Jack ...

08/15/06
06-DEA-472262, 2001 Honda ... U.S. Currency, 1HGCG56641A074911, Nashaul, 06/29/06 ... J., 08/15/06
06-DEA-472263, 1999 Toyota ... tinez, Miguel A., 06/29/06 JT3HN86R0X0211755, Nash... U.S. Currency, 08/15/06 ... nny Lee, 08/18/06
06-DEA-472277, 1997 BMW ... Currency, Lawrenceville, WBACD4323VAV53293, Nash... 8/18/06 Larr, John D., 08/15/06 ... eme,
06-DEA-472286, $6,256.00 U... ville, GA, Johnson, Contreras-Lopez, Angel, 08/1...
06-DEA-472289, $2,490.00 U... Express Van, Amaya, Reina Maribel, 08/15/... A, Freeman, Tonny Lee,
06-DEA-472292, $29,120.00 ... Valderrama-Gonzalez, Celso ... GM, Joaquin, 08/15/06 ... l, Freeman, Tonny Lee,
06-DEA-472303, $1,377.00 U... Sanchez, Javier, 08/15/06 ... rrency, Atlanta, GA,
06-DEA-472421, $10,000.00 ... TN, Butler, Catherine M., 08/2...
WESTERN DISTRICT OF TE... style Motorcycle,
06-DEA-471663, $15,500 ... 0802102, No VIN Terrazas-Camacho, AKA ... ss steel wristwatch,
06-DEA-471748, $4,540.0... stainless steel Unidentified, 08/02/06 ... gton, MN, Aguilar,
06-DEA-471880, $3,050.0... dra Becerril, 07/07/06 Unknown, 08/03/06 ... urrency, Bloomington,
06-DEA-471979, Beretta ... erin, Abdiqadir Abdi, BER407097, VL: $275.00 ... Camacho, Jesus AKA Ca... ency in Safe Deposit
CENTRAL DISTRICT OF ... a, MN, Luhm, Stuart
06-DEA-471619, $3,000... Jimenez, Erik Demetrio, ... Checking Account
06-DEA-471672, $69,800... a, MN, Luhm, Stuart Hollywood, CA, De La M...
06-DEA-471722, (25) We... avings Account $15,000.00, Ser Nos. 08... a, MN, Luhm, Stuart 499091195; 08-49909119... 08-403947707; 08-40394... 403947710; 08-403947... ency, St. Louis, 08-403947704; 08-50226... mes AKA Howard, 502268935; 08-5022689... 08-502268943; 08-50226... rency, Eureka, 502268938; 08-5022689... Julie Portillo, 08/07/06 ... ount #0915446271,
06-DEA-471730, $15,08... Ariel, 08/01/06 CA, Mendez, Jesus Ven... unt #0915446271,
06-DEA-471741, $7,400 ... Stephanie, CA, Moreno, Saul Gome...
06-DEA-471842, $8,100 Springs, CA, Flicker, Ri... cy, Jefferson City,
06-DEA-471854, $5,776 ... CA, Miller, David, 08/15/... ycle,
06-DEA-471942, $6,673... O, Rodebaugh, CA, Wright, Lloyd Garlie...
EASTERN DISTRICT O...
06-DEA-471912, 1996 [illegible] cy, Gulfport, MS, 1MELM62W3TH624272 Fernando, 07/27/06 ... , Ser No 5108B,
NORTHERN DISTRICT ... n Earl, 08/03/06
06-DEA-471790, $2,25... cy, Biloxi, MS, CA, Ward, Omar, 07/11/...
06-DEA-471946, 2003 ... Biloxi, MS, 1FTSE34L33HA65821, and Mai, Johnson, 08/1...
06-DEA-471978, (8) H... LINA Wilson, NC, Light Hoods, VL: $2,56... Johnson and Liu, Wei ... Goldsboro,
06-DEA-472209, $30,3... 29/06 Weiss, Gregory and W...
SOUTHERN DISTRICT ... , Greensboro,
06-DEA-471135, $1,17... Beecham, Charles Mic...
06-DEA-471155, 2005 ... SGE94095, FD620DE376960, JK1... CA, Ortiz, George Anth...
06-DEA-471360, $6,4... Newfields, Werner, Paul George, ...
06-DEA-471527, $770 ... CA, Felix-Manjarrez, ... co, David,
06-DEA-471534, $397... Crane, Michael Julian, ...
06-DEA-471558, 2002 ... avid, 1FAFP40442F178774... Grady, 08/10/06 ... over, NH,
06-DEA-471642, 1997 ... 1FMEU18W7VLA106... ewfields, NH, Luis, 07/27/06
DISTRICT OF COLO... ngton, NH,
06-DEA-467706, $13... CO, Le, Trung Van, 0... aremont,
06-DEA-471784, $9,... Garcia, Abel Alejandr... Garcia, Ulises, 08/15/...
DISTRICT OF CONN... avier,
06-DEA-471580, 200... 1FMZU72E22UA886... 08/04/06
06-DEA-471590, Ra... rks, NY, Handgun, Ser No 86... Mitchell, Leandre, 07...
DISTRICT OF COLU... oklyn, NY,
06-DEA-471890, 200... er Park, 1LNHM82WXYY938... Raymond, 08/16/06 ... Babylon,
DISTRICT OF DELA...
06-DEA-471960, $3,... chogue, Phillips, Raymond B...
MIDDLE DISTRICT ... oklyn, NY,
06-DEA-472127, 20... 1B3ES46C21D2841... Martinez, J...

4JGAB72E4XA097736, Bronx, NY, Beras, Francisco Antonio AKA Moreno, 07/21/06
06-DEA-471443, 1999 Blue Mercury Mountaineer, 4M2ZU55P2XUJ19387, Bronx, NY, Limas-Castillo, Elauterio, 07/21/06
06-DEA-471452, $5,000.00 U.S. Currency, Ramapo, NY, Guzman, Miguel and Baez, Carlos, 07/11/06
06-DEA-471460, 1998 Chevrolet Venture Mini Van, 1GNDU06E0WD152751, Ramapo, NY, Guzman, Miguel and Baez, Carlos, 07/11/06
06-DEA-471497, $2,462.00 U.S. Currency, Bronx, NY, Rosario-Diaz, Roberto, 08/07/06
06-DEA-471862, 2005 Chrysler P/T Cruiser Wagon, 3C4FY58B25T506316, Bronx, NY, Carela-Cabreja, Jorge, 08/05/06
06-DEA-471869, $8,000.00 U.S. Currency, Poughkeepsie, NY, Higgs, Sean, 08/13/06
WESTERN DISTRICT OF NEW YORK
06-DEA-471564, 2001 Jeep Grand Cherokee, 1J4GW48N81C536614, Cheektowaga, NY, Martin, Cedric J., 08/03/06
06-DEA-471575, $6,390.00 U.S. Currency, Buffalo, NY ...
06-DEA-470982, $50,000.00 U.S. Currency, Colombus, TX, Aguilar, Carlos, 07/19/06
06-DEA-471593, $197,995.00 U.S. Currency, Houston, TX, Griffith, Sharon Davis, 07/31/06
06-DEA-471605, $39,000.00 U.S. Currency, Houston, TX, Cooper, Valarie AKA Backers-McCullough, Valarie Ann, 08/08/06
06-DEA-471655, 2004 Pontiac Grand Prix, 2G2WP522541263925, Baytown, TX, Shirley, Calisa, 08/08/06
06-DEA-471724, $5,400.00 U.S. Currency, Weslaco, TX, Bella, Guadalupe, 08/07/06
06-DEA-471779, 2003 Dodge Ram P/U, 1D7HA18N43J629917, Laredo, TX, Villarreal-Garcia, Rene, 08/16/06
06-DEA-471783, $32,795.00 U.S. Currency, Stafford, TX, Reyes Car Stereo, ASAA, 08/15/06
06-DEA-471805, 2005 Ford F250 Truck, 1FTSW21P45ED00231, Sarita, TX, Torres Jr., Juan Jose, 08/15/06
06-DEA-471808, 2001 Diamondback Trailer, 00000, Sarita, TX, Torres Jr., Juan Jose, 08/15/06
06-DEA-471811, $52,710.00 U.S. Currency, McAllen, TX, Zamora Hermosillo, Sheyda Margarita, 08/22/06
06-DEA-471916, $10,000.00 U.S. Currency, Pharr, TX, Garza, Benigno, 08/18/06
06-DEA-471918, 1998 Freightliner Tractor, 1FUYDSEB7WP892186, Falfurrias, TX, Ipina Jr., Jesus, 08/16/06
06-DEA-471927, 1999 Pines Trailer, 1PNV532B9XG308512, Falfurrias, TX, Ipina Jr., Jesus, 08/16/06
WESTERN DISTRICT OF TEXAS
06-DEA-459870, Assorted Weapons, VL: $2,100.00, Carrizo Springs, TX, Quintanilla, Jorge, 11/15/05
06-DEA-471226, 1989 BMW 525I Sedan, WBAHC2304KBE23480, El Paso, TX, Valdez, Ileana, 07/26/06
06-DEA-471875, 1998 Chevrolet Corvette, 1G1YY22G8W5119310, Von Ormy, TX, Garza Jr., Agapito, 08/16/06
06-DEA-471891, 2000 Cadillac Deville, 1G6KD54YXYU343920, Von Ormy, TX, Garza Jr., Agapito, 08/16/06
06-DEA-471895, 1969 Dodge Charger, XP29N0G132725, Von Ormy, TX, Garza Jr., Agapito, 08/16/06
06-DEA-471917, $111,850.00 U.S. Currency, Hondo, TX, DeHoyos-Perez, Guadalupe, 08/21/06
06-DEA-471925, $1,749.00 U.S. Currency, Hondo, TX, DeHoyos-Perez, Guadalupe, 08/21/06
06-DEA-471928, $27,598.00 U.S. Currency, San Antonio, TX, Martinez, Eloy Fabian, 08/21/06
06-DEA-471933, $9,005.00 U.S. Currency, San Antonio, TX, Campos, Victoriano, 08/21/06
EASTERN DISTRICT OF VIRGINIA
06-DEA-471581, 2002 Mercedes-Benz CL500, WDBPJ75J22A030831, Alexandria, VA, Joachin, Odessy Ronald, 08/08/06
06-DEA-471714, 1999 Jeep Grand Cherokee, 1J4GW58S0XC700684, Alexandria, VA, Mohamed, Mohamed Abdillari, 08/04/06
WESTERN DISTRICT OF VIRGINIA
06-DEA-471831, 1971 Chevrolet Impala, 164571Y128330, Lynchburg, VA, Eubanks, Michael Leon, 08/08/06
06-DEA-471848, 1998 Cadillac Seville STS, 1G6KY5499WU907843, Lynchburg, VA, Garland, Tanisha LaShell, 08/08/06
EASTERN DISTRICT OF WISCONSIN
06-DEA-465080, Assorted Jewelry, VL: $173,258.01, (1) Religious Pendant with chain; (1) Diamond Pendant with Chain; (1) Gents Diamond Ring; (1) Ladies Diamond Ring; (1) Gents TRUMP Watch; (1) Gents Jacob and Co Watch; (1) Diamond Chain with Diamond Medallion; (1) Diamond Necklace; (1) Diamond Necklace; (1) Diamond Bracelet; (1) Playboy Belt Buckle; (1) Diamond Dress Ring; (1) Pair Heart shapped Diamond Earrings, Brookfield, WI, Harvester, Kenyounta, 03/03/06
06-DEA-471603, 1998 Lincoln Navigator, 5LMPU28L9WLJ37905, Milwaukee, WI, Romero, Jaime, 08/11/06
06-DEA-471656, $3,910.00 U.S. Currency, Milwaukee, WI, Cleggett, Dalon, 08/11/06
06-DEA-471674, $9,820.00 U.S. Currency, Milwaukee, WI, Upford, Tarik Runak, 08/15/06
06-DEA-471775, $2,253.00 U.S. Currency, Appleton, WI, Limpert, Tyler M., 08/17/06
06-DEA-471794, $17,000.00 U.S. Currency, Racine, WI, Del Real Nava, Jesus, 08/22/06

## PUBLIC NOTICES

# EGAL NOTICE
# ATTENTION

(U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for remission .O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence , Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture , release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence shall be deemed filed with the Asset Forfeiture Section, when received by otice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

Park, IL, Olea, Antonio, 07/25/06
A-472675, Cashiers Check #3579701, Banco der Puerto Rico, VL: $10,226.00, Chicago, IL, uez-Escanellas, Jose, 08/31/06
A-472745, $71,600.00 U.S. Currency, Chicago, IL, Kelvin Duane, 08/30/06
A-472833, $1,220.00 U.S. Currency, Schiller Park, IL, Antonio, 07/25/06
HERN DISTRICT OF ILLINOIS
A-472086, $90,555.00 U.S. Currency, Washington Park, th, Jakari Kenyon, 08/23/06
A-472154, $54,500.00 U.S. Currency, Collinsville, IL, Marcellino, 08/30/06
HERN DISTRICT OF INDIANA
A-472475, $4,095.00 U.S. Currency, Michigan City, IN, Christopher J., 09/08/06
HERN DISTRICT OF INDIANA
A-472386, Remington Arms Model 592 .22 caliber Semi-atic Rifle, Ser No B2649167, VL: $60.00, Clinton, IN, Donny, 08/17/06
A-472525, $15,550.00 U.S. Currency, Rockville, IN, ingen, Jason, 08/25/06
A-472699, $9,177.00 U.S. Currency, Seymour, IN, Rose, d D., 08/29/06
A-472802, $28,657.00 U.S. Currency, Lapel, IN, Jones, , 08/04/06
A-472846, $11,295.00 U.S. Currency, Terre Haute, IN, sberry, Kenneth, 08/31/06
RICT OF KANSAS
A-472280, $24,928.00 U.S. Currency, Ottawa, KS, andez-Diaz, Jose Enrique, 08/17/06
A-472290, $13,010.00 U.S. Currency, Wichita, KS, Mubarak E., 08/14/06
ERN DISTRICT OF KENTUCKY
A-472157, $2,104.00 U.S. Currency, Covington, KY, Harold Lamar, 08/23/06
ERN DISTRICT OF KENTUCKY
A-472195, PNC Bank, Accounts #30945-0351/#30-3785, VL: $2,437.71, Louisville, KY, Williams, Patricia A. Reed, Patricia AKA Reed, Patricia Ann AKA Williams, cia AKA Williams, Patricia Ann, 08/28/06
RICT OF MASSACHUSETTS
A-470627, 1998 Mitsubishi Gallant, A56G1WE066410, Lynn, MA, Morale, Julio, 06/26/06
A-471906, $7,500.00 U.S. Currency, Hyannis, MA, chel, Lorie, 07/24/06
RICT OF MARYLAND
A-471719, $2,045.00 U.S. Currency, Brooklyn, MD, ley, Kristopher Lloyde, 08/18/06
A-472273, $25,910.00 U.S. Currency, Prince Georges, MD, Hodges, Lavel Nathaniel, 08/22/06
A-472508, 2000 Cadillac Deville DHS, KE57Y3YU281009, Baltimore, MD, Piker, Joseph, 31/06
A-472513, $2,650.00 U.S. Currency, Baltimore, MD, es, Patrick AKA Wilkes, Patrick Donte AKA Wilks, Patrick te AKA Willes, Patrick, 08/24/06
A-472558, $3,750.00 U.S. Currency, Landover, MD, mpton, Sarakendra Anniece, 08/24/06
ERN DISTRICT OF MICHIGAN
A-471827, 1999 Yamaha Motorcycle, RN02E6XA005253, Detroit, MI, Davis, Richard Vernon A Davis Jr., Richard Vernon AKA Davis, Richard B. AKA is, Richard C. AKA Davis, Richard Vernon AKA Davis, Richard non AKA Johnson, Richard AKA Johnson, Rick AKA hammed, Shahid AKA Moore, Richard AKA Moore, Richard arles AKA Moore, Roderick Jay AKA Wilson, Mark Erie and cher, Delando, 08/09/06
A-472039, Assorted Weapons, VL: $227.00, (1) Plainfield chine M1n .30 Caliber Rifle, Ser No 1805; (1) HEC .45 iber Rifle, Ser No 003526; (1) Smith and Wesson Revolver, r No 23965; (1) Smith and Wesson .38 Caliber Revolver, Ser K833983; (1) Smith and Wesson .357 Magnum Revolver, r No 51685; (1) Smith and Wesson .38 Caliber Special volver, Ser No CJE8315, Detroit, MI, Dubose, Christopher ant, 08/22/06
A-472078, 1999 Cadillac Deville, 1G6KD54Y5XU791710, troit, MI, Dubose, Christopher Grant, 08/22/06
A-472179, 1969 Chevrolet Camaro, 124379N651882, troit, MI, Dubose, Christopher Grant, 08/22/06
A-472008, $3,505.00 U.S. Currency, Middletown, NY, alez, Juan, 08/10/06
A-472185, $11,000.00 U.S. Currency, New York, NY, s, Leona, 08/25/06
A-472190, $4,000.00 U.S. Currency, New York, NY, s, Leona, 08/25/06
A-472200, $41,400.00 U.S. Currency, New York, NY, Li, Jiang, 08/24/06
A-472536, $4,196.25 U.S. Currency, Middletown, NY, Anthony, 08/10/06
ERN DISTRICT OF NEW YORK
A-472214, $14,480.00 U.S. Currency, Rochester, NY, res, Samuel, 08/24/06
A-472222, $7,787.00 U.S. Currency, Rochester, NY, Fredrick, 08/25/06
A-472497, 2003 GMC Yukon Denali, K66U83J127695, Buffalo, NY, Edwards Jr., Thomas, /06
THERN DISTRICT OF OHIO
A-471795, $25,980.00 U.S. Currency, Lorain, OH, icaba-Torres, Noe AKA Ricaba-Torres, Armando AKA a-Torres, Noe AKA Rivera, Armando AKA Rivera, ndo C. AKA Ruvalcaba-Torres, Noe AKA Torrez, Flavio, /06
A-472150, $8,802.00 U.S. Currency, Cleveland, OH, by, Ernest AKA Grisby, Ernest J. AKA Grigsby II, Ernest Grigsby II, Ernest J. AKA Grigsby Jr., Ernest AKA Grigsby rnest J. AKA Grigsby Jr., Ernest James AKA Grigsby, t J. AKA Grisby, Ernest, 08/16/06
A-472219, 1995 Buick Riviera, 1G4GD2218S4706001, land, OH, Grigsby, Ernest AKA Grisby, Ernest J. AKA by II, Ernest AKA Grigsby II, Ernest J. AKA Grigsby Jr., t AKA Grigsby Jr., Ernest J. AKA Grigsby Jr., Ernest s AKA Grigsby, Ernest J. AKA Grisby, Ernest, 08/16/06
A-472288, $7,450.00 U.S. Currency, Cleveland, OH,

**SOUTHERN DISTRICT OF OHIO**

**06-DEA-472345,** $6,989.00 U.S. Currency, Columbus, OH, Elmore, David Heth AKA Elmore, David AKA Elmore, David Heath AKA Elmore, David Heith, 08/25/06
**06-DEA-472356,** $6,268.00 U.S. Currency, Columbus, OH, Ramirez, Joshua James AKA Ramirez, Josh, 08/25/06

**DISTRICT OF OREGON**

**06-DEA-472601,** $23,864.00 U.S. Currency, Portland, OR, Capitan-Loe, Jose AKA Vivanco-Lopez, Sergio, 08/24/06
**06-DEA-472603,** $8,077.00 U.S. Currency, Portland, OR, Farfan-Alvarez, Victor, 08/24/06
**06-DEA-472607,** $5,682.00 U.S. Currency, Portland, OR, Farfan-Alvarez, Ruben, 08/24/06
**06-DEA-472615,** $9,010.00 U.S. Currency, Portland, OR, Rodriguez-Ponce, Giselda, 08/31/06
**06-DEA-472630,** $18,000.00 U.S. Currency, Portland, OR, Rodriguez-Guzman, Salvadore and Farfan, Araceli, 08/26/06
**06-DEA-472680,** $1,510.00 U.S. Currency, Portland, OR, Farfan-Alvarez, Victor, 08/24/06
**06-DEA-472685,** $1,101.00 U.S. Currency, Portland, OR, Capitan-Loe, Jose AKA Vivanco-Lopez, Sergio, 08/24/06

**EASTERN DISTRICT OF PENNSYLVANIA**

**06-DEA-472199,** 1999 Chevrolet Tahoe SUV, 1GNEK13R2XJ365503, Philadelphia, PA, Pena-Nunez, Grace, 08/17/06

**WESTERN DISTRICT OF PENNSYLVANIA**

**06-DEA-472571,** 1985 Buick Regal, 1G4GM47A3FP428388, Pittsburgh, PA, Pinkett, Demond, 09/01/06
**06-DEA-472704,** Kahr 9mm Pistol, Ser No YB5971, VL: $275.00, Pittsburgh, PA, Pashuta, Michelle, 07/25/06

**DISTRICT OF PUERTO RICO**

**06-DEA-472645,** $127,600.00 U.S. Currency, Carolina, PR, Morales-Hernandez, Felix, 09/08/06
**06-DEA-472652,** $2,819.00 U.S. Currency, Carolina, PR, Escobar-Sanchez, Anibal, 09/08/06
**06-DEA-472674,** $13,226.00 U.S. Currency, Carolina, PR, Roman-Rivera, Victor Manuel, 09/08/06
**06-DEA-472686,** $245,730.00 U.S. Currency, Dorado, PR, Rosa-Tosado, Josue and Loyola-Feliciano, Juan E., 08/24/06
**06-DEA-472707,** $71,950.00 U.S. Currency, Dorado, PR, Rosa-Tosado, Josue and Loyola-Feliciano, Juan E., 08/24/06
**06-DEA-472739,** (8) United States Postal Money Orders, VL: $7,000.00, Ser Nos. 09309605212; 09309960618; 09309360520; 09301963634; 09301963623; 09301960631; 09301960620; 09301963612, Dorado, PR, Rosa-Tosado, Josue and Loyola-Feliciano, Juan E., 08/24/06

**DISTRICT OF SOUTH CAROLINA**

**06-DEA-471969,** $23,528.00 U.S. Currency, Columbia, SC, Luis-Delgado, Israel, 08/23/06
**06-DEA-472114,** 2000 GMC Sierra, 2GTEC19T0Y1166860, Greenville, SC, Gray, Christopher Alan, 08/18/06
**06-DEA-472317,** 2006 Honda CBR100, JH2SC57006M209671, Greer, SC, Mesa-Lopez, Albeiro De Jesus, 08/18/06
**06-DEA-472466,** $11,768.00 U.S. Currency, Goose Creek, SC, Reyes, Esteban Lopez AKA Chava and Jiminez-Oseguerra, Jose Manuel, 08/15/06
**06-DEA-472473,** $16,697.00 U.S. Currency, Greenville, SC, Willis, Sha-Sha Allah AKA Willis, Shu and Butler, Denard, 09/05/06

**EASTERN DISTRICT OF TENNESSEE**

**06-DEA-472279,** $67,000.00 U.S. Currency, Chattanooga, TN, Ambriz Jr., Francisco, 08/28/06

**WESTERN DISTRICT OF TENNESSEE**

**06-DEA-471699,** 1991 Mercedes-Benz 300CE, WDBEA51D6MB458944, Memphis, TN, Knox, Starry, 08/04/06
**06-DEA-472560,** $16,763.00 U.S. Currency, Memphis, TN, Garcia-Sanchez, Edgar Antonio, 08/15/06
**06-DEA-472578,** $14,108.00 U.S. Currency, Cordova, TN, Dawson, Monica Lashell and Gaines, Troy Terel, 08/24/06
**06-DEA-472594,** 2006 Toyota 4Runner, JTEZU14R468051954, Memphis, TN, Hickerson, Leslie Lee, 08/15/06
**06-DEA-472957,** $26,630.00 U.S. Currency, Memphis, TN, Vara, Jesus Alberto, 08/23/06
**06-DEA-472958,** $41,515.00 U.S. Currency, Memphis, TN, Vara, Jesus Alberto, 08/23/06
**06-DEA-472961,** $38,510.00 U.S. Currency, Memphis, TN, Vara, Jesus Alberto, 08/23/06

**SOUTHERN DISTRICT OF TEXAS**

**06-DEA-472099,** 1997 Kenworth Tractor, 1XKADR9X5VR756461, Sarita, TX, Hernandez, Ricardo, John H., 09/11/06
**06-DEA-472717,** $8,775.00 U.S. Currency, Belleville, WI, Collins, Donald L., 09/11/06
**06-DEA-472721,** $5,637.00 U.S. Currency, Madison, WI, Waters, Alecia, 09/11/06

**SOUTHERN DISTRICT OF WEST VIRGINIA**

**06-DEA-472398,** 1993 Mercedes Benz 300, WDBED30E5PB315866, Saint Albans, WV, Blake, Byfield Adolph AKA Blackwell, Devon AKA Blake, Devon, 08/24/06
**06-DEA-472415,** $11,120.00 U.S. Currency, Saint Albans, WV, Blake, Byfield Adolph AKA Blackwell, Devon AKA Blake, Devon, 08/24/06

**THIRD NOTICE**
**LAST DATE TO FILE NOVEMBER 23, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**MIDDLE DISTRICT OF ALABAMA**

**06-DEA-471680,** $5,152.00 U.S. Currency, Montgomery, AL, Jones, Harry Edward, 08/08/06
**06-DEA-471966,** $8,000.00 U.S. Currency, Montgomery, AL, Merritt, Jacquard, 08/23/06
**06-DEA-472249,** $5,370.00 U.S. Currency, Montgomery, AL, Davidson, Cedric Lee, 08/24/06
**06-DEA-472484,** $15,700.00 U.S. Currency, Montgomery, AL, Morris, Sylvester, 08/28/06
**06-DEA-472511,** $5,000.00 U.S. Currency, Montgomery, AL, Hartwell, Phillip, 08/30/06

**NORTHERN DISTRICT OF ALABAMA**

**06-DEA-471955,** $4,340.00 U.S. Currency, Jasper, AL, Garner, Charles, 08/23/06
**06-DEA-472071,** $13,024.40 U.S. Currency, Bessemer, AL, Abdulahe, Jamal, 08/23/06
**06-DEA-472342,** 1998 Ford Explorer, 1FMZU32E7WZB76646, Hoover, AL, Romero, Ricardo, 08/22/06

Remington Rifle Model 7400, .270 Caliber, Ser No B8449604; (1) Ruger Revolver 22 Caliber New Model Single-Six, Ser No 68-01230, Phoenix, AZ, Rochin-Barrza, Dora, 08/22/06
**06-DEA-472102,** $70,200.00 U.S. Currency, Phoenix, AZ, Rochin-Barrza, Dora, 08/22/06
**06-DEA-472103,** 2002 Cadillac Escalade, 1GYEK63N22R103214, Phoenix, AZ, Chavez-Burgos, Blanca Estela AKA Chavez, Blanca Estela, 08/22/06
**06-DEA-472105,** 2006 Dodge Charger R/T, 2B3KA53H76H222920, Phoenix, AZ, Chavez-Burgos, Blanca Estela AKA Chavez, Blanca Estela, 08/22/06
**06-DEA-472107,** Ruger P94 .40 Caliber Semi-Automatic Pistol, Ser No 34134848, VL: $185.00, Phoenix, AZ, Valdenegro, Imelda Guadalupe, 08/11/06
**06-DEA-472202,** Springfield Armory PX-40 Handgun with two Magazines and Holster, Ser No US 471361, VL: $50.00, Tucson, AZ, De La Riva, Manuel Abelardo, 08/18/06

**CENTRAL DISTRICT OF CALIFORNIA**

**06-DEA-471982,** 2001 Mercedes S55 AMG, WDBNG73J01A204600, Costa Mesa, CA, Torres, Eliphelet, 08/17/06
**06-DEA-471985,** Washington Mutual Bank, Account #0934703580, VL: $6,000.00, Hawthorne, CA, Wright, Lloyd Garfield, 08/17/06
**06-DEA-471986,** 2007 Cadillac Escalade AWD SUV, 1GYFK63847R154705, Santa Ana, CA, Barajas Torres, Elodia, 08/17/06
**06-DEA-471989,** 2006 Mercedes S600, WDBNG76J06A461551, Costa Mesa, CA, Torres, Eliphelet, 08/17/06
**06-DEA-471991,** 2000 International 9400i Tractor, 2HSCNAMR7YC079434, Costa Mesa, CA, Vazquez-Torres, Gilardo, 08/13/06
**06-DEA-471992,** 2006 Lincoln Mark LT Truck, 5LTPW18556FJ06613, Santa Ana, CA, Barajas Torres, Elodia, 08/17/06
**06-DEA-471994,** 2006 Featherlite Horse Trailer, 4FGB128286C090667, La Puente, CA, Acevedo, Jorge and Sandoval, Patricia, 08/17/06
**06-DEA-472169,** $471,490.00 U.S. Currency, Alpine, CA, Contreras, Jose Luis, 08/29/06
**06-DEA-472175,** $3,300.00 U.S. Currency, South Gate, CA, Gonzales, Gilberto, 08/17/06
**06-DEA-472176,** $426,339.00 U.S. Currency, Fontana, CA, Cazarez, Luis Alberto, 08/17/06
**06-DEA-472206,** $3,572.00 U.S. Currency, Santa Ana, CA, Barajas Torres, Elodia, 08/17/06
**06-DEA-472215,** $5,820.00 U.S. Currency, Santa Ana, CA, Vasquez-Torres, Gilardo, 08/13/06
**06-DEA-472314,** 2006 Chevrolet Malibu, 1G1ZT51F76F164469, Fontana, CA, Cazarez, Luis Alberto Ybarra, 08/17/06
**06-DEA-472323,** $13,180.00 U.S. Currency, Studio City, CA, Kim, Krista Patterson, 08/17/06
**06-DEA-472324,** $2,372.00 U.S. Currency, North Hollywood, CA, Kim, Krista Patterson, 08/17/06
**06-DEA-472326,** Wells Fargo Bank, Account #8041-22067; VL: $4,209.93, Costa Mesa, CA, El Vaquero Family Restaurant, 08/21/06
**06-DEA-472327,** Washington Mutual Bank, Account #0311-00002394907; VL: $38,335.82, Costa Mesa, CA, Torres, Abraham, 08/21/06
**06-DEA-472329,** Wells Fargo Bank, Account #2018-771501, VL: $101,922.22, Costa Mesa, CA, El Vaquero Records Inc., 08/21/06
**06-DEA-472330,** Bank of America, Account #4511-02428; VL: $456.20, Santa Ana, CA, Torres, Elodia Barajas, 08/23/06
**06-DEA-472347,** Washington Mutual Bank, Account #036600006608185; VL: $7,559.42, Costa Mesa, CA, Torres, Abraham, 08/21/06
**06-DEA-472351,** Wells Fargo Bank, Account #4966-7484; VL: $42,270.66, Costa Mesa, CA, Torres, Joanna, 08/21/06
**06-DEA-472352,** $120,340.00 U.S. Currency, San Pedro, CA, Deforest, Demian AKA Deforest, Damian, 08/29/06
**06-DEA-472355,** (2) Wells Fargo Bank Accounts, VL: $852.61, Account Nos. 0610-346751; and 0013-048574, Costa Mesa, CA, Barajas Torres, Elodia, 08/23/06

**EASTERN DISTRICT OF CALIFORNIA**

**06-DEA-468267,** $19,903.00 U.S. Currency, Fresno, CA, Gutierrez, Alberto AKA El Pelon AKA Gutierrez, Guilberto AKA

**SOUTHERN DISTRICT OF FLORIDA**

**06-DEA-461589,** 2000 41' Silverton Yacht Vessel "Jennyfer", Ser No STND0248800037C, Miami, FL, Boyer, Andre Alex, 12/28/05
**06-DEA-471278,** $7,795.00 U.S. Currency, Miami, FL, Dang, Huy Hoang, 08/02/06
**06-DEA-472380,** 2000 Mercedes-Benz S-500, WDBNG75J7YA041449, Miami, FL, Tran, Phong Thanh, 08/02/06

**MIDDLE DISTRICT OF GEORGIA**

**06-DEA-472067,** $174,880.00 U.S. Currency, Valdosta, GA, Puello, Abdiel Amir and Silva-Martinez, Roberto Enrique AKA Andujar, Christian Roberto, 08/09/06
**06-DEA-472278,** 2000 Nissan Frontier, 1N6ED26Y8YC360014, Valdosta, GA, Dominguez, Jose Isabel Penaloza, 06/21/06
**06-DEA-472428,** $8,641.90 U.S. Currency, Byron, GA, Thomas, Eugene William AKA James Jr., Robert Lee, 08/30/06

**NORTHERN DISTRICT OF GEORGIA**

**06-DEA-471959,** Bank of America, Cashiers Check #0453009, VL: $99,506.15, Lilburn, GA, Freeman, Tonny Lee, 08/18/06
**06-DEA-472208,** $943.45 U.S. Currency, Duluth, GA, Freeman, Tonny Lee, 08/18/06
**06-DEA-472269,** $229,736.00 U.S. Currency, Norcross, GA, The Estate of Uribe-Morales, Luis and Leviva-Portillo, Floridalma and Burgos-Urieta, Sinuhe, 08/18/06
**06-DEA-472427,** $1,454.00 U.S. Currency, Atlanta, GA, Scott, Michael and Jordan, Maxsmillion, 08/30/06
**06-DEA-472440,** $1,082.00 U.S. Currency, Atlanta, GA, Jordan, Maxsmillion, 08/30/06
**06-DEA-472441,** $1,200.00 U.S. Currency, Atlanta, GA, Scott, Michael, 08/30/06
**06-DEA-472494,** 1998 Mercury Villager Mini Van, 4M2ZV1119WDJ35026, Buford, GA, Valencia-Para, Jesus Alejandro AKA Medina, Enrique Rodriguez AKA Medina, Enrrique Rodriguez AKA Rodriquez, Enrique, 08/16/06

**06-DEA-471902,** $153, 950.00 U.S. Currency, Redfield, IA, Ingram, Nigel Garfield and Thomas, Glenford Isidore, 08/09/06

**NORTHERN DISTRICT OF ILLINOIS**

**06-DEA-471836,** 1995 Honda Accord, 1HGCD7259SA031152, La Grange, IL, Campos, Gualberto Angel, 07/13/06
**06-DEA-471839,** 2004 Chevrolet Trailblazer, 1GNDT13S242302578, Aurora, IL, Campos, Gualberto Angel, 07/13/06
**06-DEA-472204,** $7,500.00 U.S. Currency, Midlothian, IL, Adenipebi, Adeyemi Akanbi, 08/16/06
**06-DEA-472212,** $103,430.00 U.S. Currency, Chicago, IL, Montalvo, Adan, 08/21/06
**06-DEA-472406,** 2005 GMC 3500 with fifth wheel hauler, 1GDJK34235E155921 Lansing, IL, Sebastian Sr., Victor, 08/13/06
**06-DEA-472418,** 2004 Nissan Titan Pick-up, 1N6AA06A14N502605, Chicago, IL, Villa, Juan, 08/23/06

**SOUTHERN DISTRICT OF ILLINOIS**

**06-DEA-472378,** 2001 Ford Ranger XLT 4X4, 1FTZR15E71TA89265, Township 13s-r 6e, IL, Adams, Richard T., 08/07/06

**NORTHERN DISTRICT OF INDIANA**

**06-DEA-471769,** 2001 Suzuki GXR 1000cc Motorcycle, JS1GW71A812102403, Fort Wayne, IN, Tell Jr, Leotha, 08/02/06
**06-DEA-471826,** 1997 GMC Sierra 1500 Pickup, 2GTEK19R9V1555385, Fort Wayne, IN, Tell Jr, Leotha, 08/02/06
**06-DEA-471838,** $2,026.00 U.S. Currency, Mishawaka, IN, Winbush, Antwone, 08/14/06
**06-DEA-471844,** $5,000.00 U.S. Currency, Mishawaka, IN, Winbush, Antwone, 08/14/06
**06-DEA-471846,** 1978 Buick LeSabre, 4F3738H515229, Mishawaka, IN, Winbush, Antwone, 08/14/06
**06-DEA-471849,** JoJo Diamond Watch & White Gold Diamond Earrings, VL: $14,500.00, South Bend, IN, Winbush, Antwone, 08/14/06
**06-DEA-471855,** $84,022.00 U.S. Currency, Fort Wayne, IN, Chavez, Erika, 08/09/06
**06-DEA-471861,** 1993 Nissan Sentra, JN1EB31P3PU210143, Fort Wayne, IN, Chavez, Erika, 08/09/06
**06-DEA-471864,** 1991 Nissan Sentra, 1N4EB32A0MC764108, Fort Wayne, IN, Rodriguez, Teofilo Luciano AKA Chaidez-Medina, Ramon Guadalupe, 08/09/06
**06-DEA-471867,** 2004 Ford F150 Supercrew Pickup Truck, 1FTPW14534KA06913, Fort Wayne, IN, Chavez, Erika, 08/09/06
**06-DEA-471868,** 2000 Ford Expedition, 1FMRU1661YLB98929, Fort Wayne, IN, Chavez, Erika, 08/09/06
**06-DEA-471870,** Miscellaneous Jewelry, VL: $6,165.00, (1) Jesus Malverde Charm; (1) 7 Gold matching bracelets; (1) Gold chain with medium gold cross; (1) Gold chain with small gold horse, (1) Gold chain with small gold cross; (1) Gold bracelet; (1) Pair of earrings silver cross and heart; (1) Gold ladies ring with red stone; (1) Gold solitare jacket with 28 baguette diamonds and; (1) Gold ladies diamond cluster ring; (1) Gold mans band with nine round diamonds; (1) Gold ladies diamond solitare ring .50ct with 2 bag; (1) Gold wide ring with a elephant with white stones; (1) Gold narrow band; (1) Gold clover shape ring; (1) Gold and white wedding band wide, Fort Wayne, IN, Chavez, Erika, 08/09/06

**SOUTHERN DISTRICT OF INDIANA**

**06-DEA-472384,** $11,863.00 U.S. Currency, Clinton, IN, Pruett, Donny, 08/17/06
**06-DEA-472385,** Taurus Model 65 .357 Magnum Handgun, Ser No PF73565, VL: $85.00; Clinton, IN, Pruett, Donny, 08/17/06
**06-DEA-472389,** Savage Arms Model 93R17 .17 caliber Rifle, Ser No 0589859, VL: $65.00, Clinton, IN, Pruett, Donny, 08/17/06

**EASTERN DISTRICT OF KENTUCKY**

**06-DEA-471815,** 1998 Ford Expedition, 1FMPU18L7WLB89949, Covington, KY, Soria, Victor, 08/08/06
**06-DEA-471957,** Bauer Firearms .25 ACP Pistol with Magazine, Ser No 057261, VL: $130.00, Lexington, KY, Allen, Benjamin Harris AKA Allen, Benjamin H. AKA Allen, Benjamin Harrison AKA Allen, Benjamine Harrison, 08/22/06

**WESTERN DISTRICT OF KENTUCKY**

**06-DEA-471968,** 2000 GMC Yukon, 1GKEK13RXYR141573, Louisville, KY, Alexander, Marissa AKA Alexander, Marrisha, 08/18/06
**06-DEA-472283,** (3) CD Accounts, PNC Bank, VL: $22,140.59, (1), PNC Bank Certificate of Deposit converted to PNC Bank Cashier's Check #506198, Ser No 3800111626; (1) PNC Bank

Lopez, Yesenia, 08/30/06
**06-DEA-472372,** Assorted Weapons, VL: $285.00, (1) 12 Gauge Mossberg Shotgun, Ser No L245526; (1) Tilan .25 Caliber Pistol, Ser No L77467, Wake Forest, NC, Humberto-Ahumada, Carlos AKA C.J., 08/24/06
**06-DEA-472375,** Assorted Weapons, VL: $260.00, (1) Springfield Model 18 .410 Shotgun, Ser No B086274; (1) Glenfield Model 60 .22 Rifle, Ser No 23611872, Knightdale, NC, Gracia, Cecilio Borboa, 08/24/06
**06-DEA-472383,** 1995 Chevrolet Motor Home, 1GBKP37N7S3306075, Wake Forest, NC, Sinclair, Bertram J., 08/23/06
**06-DEA-472401,** 1999 Jeep Cherokee, 1J4GW58S8XC535810, Wake Forest, NC, Yadira-Lopez, Yesenia, 08/24/06
**06-DEA-472413,** 1997 BMW 740il, WBAGJ8322VDM03644, Raleigh, NC, Sanchez-Almaraz, Fernando, 08/28/06

**MIDDLE DISTRICT OF NORTH CAROLINA**

**06-DEA-472245,** $7,025.00 U.S. Currency, Sanford, NC, Hooker, Elijio Lasandrus, 08/25/06
**06-DEA-472320,** $2,912.00 U.S. Currency, Winston Salem, NC, Nesmith Jr., John Wayne, 08/31/06
**06-DEA-472335,** 2002 Volvo S80, YV1TS92D721249026, Durham, NC, Powell, Ricardo Anthony, 08/30/06
**06-DEA-472365,** $2,109.00 U.S. Currency, Salisbury, NC, Brooks, Johnathan Cole, 08/31/06

**WESTERN DISTRICT OF NORTH CAROLINA**

**06-DEA-472302,** $9,000.00 U.S. Currency, Hendersonville, NC, Prado-Sandoval, Diana Hortencia, 08/17/06
**06-DEA-472340,** $6,490.00 U.S. Currency, Horse Shoe, NC, Reyes-Morales, Octavio AKA Nebares-Aguilar, Braulio, 08/17/06

**DISTRICT OF NEBRASKA**

**06-DEA-471763,** $2,505.00 U.S. Currency, Douglas County, NE, Arredondo, Steven AKA Medina-Garcia, Jose, 08/21/06

**DISTRICT OF NEW HAMPSHIRE**

**06-DEA-468442,** $4,916.43 U.S. Currency, Laconia, NH,

Unidentified, 07/23/06

**DISTRICT OF NEW JERSEY**

**06-DEA-472238,** 1998 Honda Accord, 1HGCG5542WA250796, Guttenberg, NJ, Arango, Albeiro, 08/26/06

**DISTRICT OF NEW MEXICO**

**06-DEA-467322,** 2002 Dodge Neon, 1B3BS46C62D515285, Las Cruces, NM, Perez-Olivas, Cesar, 05/02/06
**06-DEA-472049,** (109) Assorted Money Orders, VL: $67,200.00, (48) Western Union Money Orders, Ser Nos. 08-532277239; [illegible] (33) Money Gram Money Orders, Ser Nos. [illegible]; (9) International Money Orders, Ser Nos. [illegible]; (19) United Postal Money Orders, Ser Nos. [illegible], Albuquerque, NM, Davis, Cassandra, 08/18/06
**06-DEA-472124,** $60,000.00 U.S. Currency, Deming, NM, Gallagher, Thomas, 09/29/06

**DISTRICT OF NEVADA**

**06-DEA-472096,** $6,602.00 U.S. Currency, Las Vegas, NV, Hall, Joseph Arthur, 08/23/06
**06-DEA-472137,** 2004 Chrysler Sebring, 1C3EL46X74N232858, Las Vegas, NV, Mojarro, Edgar Gabriel, 08/22/06
**06-DEA-472140,** $72,990.00 U.S. Currency, Las Vegas, NV, Velez-Santana, Jose Antonio, 08/28/06
**06-DEA-472153,** $6,100.00 U.S. Currency, Las Vegas, NV, Mojarro, Edgar Gabriel, 08/22/06
**06-DEA-472167,** 2000 Chevrolet Tahoe, 1GNEC13T8YJ198090, Jean, NV, Chester, Carl, 08/15/06

**EASTERN DISTRICT OF NEW YORK**

**06-DEA-471951,** $23,060.00 U.S. Currency, Brooklyn, NY, Vass, Jamal, 08/02/06
**06-DEA-472074,** $4,003.00 U.S. Currency, Brooklyn, NY, Hernandez, Mitchell, 08/16/06

**NORTHERN DISTRICT OF NEW YORK**

**06-DEA-471893,** $6,240.00 U.S. Currency, Hudson Falls, NY, Harris, Ryan, 08/11/06
**06-DEA-472065,** $3,000.00 U.S. Currency, Glens Falls, NY, Guimond, Lucas, 08/21/06
**06-DEA-472358,** $4,000.00 U.S. Currency, Albany, NY, Perez, Adolfo, 08/18/06

**SOUTHERN DISTRICT OF NEW YORK**

**06-DEA-471435,** 2006 Orange Mitsubishi Eclipse GT Coupe, 4A3AK24F66E002112, Bronx, NY, Beras, Francisco Antonio AKA Moreno, 07/21/06
**06-DEA-471812,** $24,920.00 U.S. Currency, New York, NY, Muse, Bashi, 07/26/06
**06-DEA-471824,** $197,160.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
**06-DEA-471863,** $63,640.00 U.S. Currency, Bronx, NY, Rijo, Luis Miguel, 08/17/06
**06-DEA-471937,** $122,985.00 U.S. Currency, New York, NY, Bermudez, Gustavo, 07/18/06

**WESTERN DISTRICT OF NEW YORK**

**06-DEA-472180,** $3,467.00 U.S. Currency, Buffalo, NY, Smith, William, 08/24/06
**06-DEA-472220,** $2,467.00 U.S. Currency, Rochester, NY, Anthony Levell, 08/25/06

**DISTRICT OF UTAH**

**06-DEA-472479,** Beretta 950BS, Ser No BR07241 Pistol, VL: $70.00, St. George, UT, Raya-Cuevas, Antonio, 07/21/06

**EASTERN DISTRICT OF VIRGINIA**

**06-DEA-472184,** $6,897.00 U.S. Currency, Manassas, VA, Rivas, Luis E. and Chacon, Fatima, 08/17/06

**WESTERN DISTRICT OF VIRGINIA**

**06-DEA-472047,** $21,550.00 U.S. Currency, Bristol, VA, Terry, Sharanda Latrice, 08/19/06
**06-DEA-472223,** $4,502.00 U.S. Currency, Martinsville, VA, Hairston, John Henry, 08/28/06

**DISTRICT OF VERMONT**

**06-DEA-471999,** $8,558.00 U.S. Currency, Williston, VT, Johnson, Namphauyo Shariff AKA Johnson, Shariff, 08/16/06
**06-DEA-472136,** State of VT Rutland District Court Check #1752, VL: $24,000.00, Rutland, VT, Rutland Vermont, The Clerk of the Rutland District Court, 08/24/06

**EASTERN DISTRICT OF WISCONSIN**

**06-DEA-468296,** 2000 Dodge Stratus SE, 1B3EJ46X1YN227566, Green Bay, WI, Watts, Jeffrey J., 05/15/06
**06-DEA-471698,** USbank, Cashier's Check #510367978, Ser No n/a, VL: $109,973.58, Milwaukee, WI, Adams, Sheila, 07/17/06
**06-DEA-471847,** 2002 Mercury Marquis LS, 2MEFM75W52X658016, Racine, WI, Mueller, Dale W., 08/19/06
**06-DEA-471850,** Men's Rolex GMT Master Wrist Watch, Ser No 9023254, VL: $5,030.00, Racine, WI, Mueller, Dale W., 08/19/06
**06-DEA-472022,** $2,360.00 U.S. Currency, Pewaukee, WI, Reynaldo, Luis, 08/25/06
**06-DEA-472272,** $17,813.00 U.S. Currency, Milwaukee, WI, Johnson, Germaine, 08/30/06
**06-DEA-472316,** $25,276.00 U.S. Currency, Milwaukee, WI, Graf, Charles E., 08/30/06
**06-DEA-472359,** $3,754.00 U.S. Currency, Milwaukee, WI,