**Certified Mail envelope (rotated):**

CERTIFIED MAIL

7004 2510 0002 3466 3782

Gustavo Bermúdez
A3 Calle 1
Bayamón, PR 00957-4380

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

Stamped: INSUFFICIENT ADDRESS
Postmarked: NOV 08 2005 / NOV 16 2005

---

**U.S. Postal Service Certified Mail Receipt (PS Form 3800, June 2002):**

(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $
- Certified Fee:
- Return Receipt Fee (Endorsement Required):
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $

Postmark Here

Sent To:
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 2510 0002 3466 3782

See Reverse for Instructions

---

**PS Form 3811, February 2004 — Domestic Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Asset ID: 06-DEA-471937
Gustavo Bermudez
A3 Calle 1
Bayamón, PR 00957-4380

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
B. Received by (Printed Name):
C. Date of Delivery:
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0002 3466 3782

102595-02-M-1540

---

EXHIBIT 5