



**U. S. Department of Justice**
Drug Enforcement Administration
Washington, D.C. 20537

---

Asset ID: 06-DEA-471937   Case #: C1-06-0121
Asset Description: $122,985.00 U.S. Currency
Seizure Date: 07/18/2006   Seizure Value: $122985.00
Adoption Date:
Seizure Place: New York, NY
Owner Name: Gustavo Bermudez
Seized From: Gustavo Bermudez
Judicial District: Southern District of New York

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section

JAN 1 0 2007
Date

EXHIBIT
6

-2-

> Asset ID: 06-DEA-471937    Case #: C1-06-0121
> Asset Description: $122,985.00 U.S. Currency
> Seizure Date: 07/18/2006    Seizure Value: $122985.00
> Adoption Date:
> Seizure Place: New York, NY
> Owner Name: Gustavo Bermudez
> Seized From: Gustavo Bermudez
> Judicial District: Southern District of New York

cc: DO: New York
    RO:
    USMS: New York

**DEA.294 (JAN. 01)**    By: VJordan/    Ad Code #:896