# PHILIP RUSSELL, L.L.C.
## ATTORNEYS AT LAW
(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
   CRIMINAL TRIAL ADVOCACY
   NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

May 3, 2007

VIA FACSIMILE: 212-337-2799,
U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED,
FEDERAL EXPRESS AND FIRST CLASS MAIL

Special Agent Bruce Hom
United States Drug Enforcement Administration
99 10th Avenue
New York, NY 10011

Re: Seizure of United States currency
Date of seizure: July 18, 2006
Place of seizure: Bronx, New York
Seizing officer: New York City Police Department Sergeant Crawley
Seizing officer's command: S/C
Claimant's name: Bermudez, Gustavo A.
Claimant's D.O.B.: 10/07/81
DEA case number furnished to Claimant on March 9, 2007 by Captain Miller: NYCPD-IAB; 06DEA971937
File #01-060121
Forfeiture telephone number: 202-307-1000
DEA agents rumored to be assigned: Special Agent Bruce Hom 212-337-1550; Special Agent Rogers 212-337-1598 per April 17, 2007 telephone inquiry by Lane Marmon of this office

Dear Agent Hom:

Following up on my telephone inquiry of the afternoon of April 24, 2007, it remains unclear that any forfeiture action was ever commenced in this matter.

Accordingly, this letter should serve as your demand for the above-reference currency, to whit $123,565 which was seized from the person of our client Gustavo Bermudez as above-referenced.

Very truly yours,

Philip Russell

PR/jls
cc: Stephen Kessler
122 East 42nd Street, Rm 606
New York, NY 10168-0699

EXHIBIT
7