

U. S. Department of Justice
Drug Enforcement Administration

*www.dea.gov*

MAY 2 2 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Philip Russell, Esq.
66 Field Point Road
Greenwich, CT  06836

RE:   DEA Case No.     C1-06-0121
      Asset ID No.     06-DEA-471937
      Property:        $122,985.00 U.S. Currency
      Client:          Gustavo Bermudez

Dear Mr. Russell:

    The Drug Enforcement Administration (DEA) received your correspondence dated May 3, 2007, regarding the above-referenced seizure. Please be advised the last date for your client to file a claim for the return of the seized property was **December 13, 2006**. Therefore, your correspondence is untimely filed as a claim and is hereby returned to you. The above referenced property was forfeited and disposed of in accordance to law. As a result, the time in which to submit a Petition for Remission or Mitigation of Forfeiture has also expired.

    This matter is now closed in this office. No further correspondence will be considered regarding the above-referenced seizure.

Sincerely,

Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section

Enclosure

**EXHIBIT 8**