## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800 June 2002                      See Reverse for Instructions

7005 0390 0000 9053 5837

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

06-471937-006

1. Article Addressed to:

NY 13

Phillip Russell, Esq.
66 Field Point Road
Greenwich, CT 06836

Asset ID 06-DEA-471937 (C1)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S L                             ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
S. Lunoso                         5/29/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0000 9053 5837

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT
9