06/20/2007  12:49  2036613666  PHILIP RUSSELL  PAGE 01/02

## PHILIP RUSSELL, L.L.C.
### ATTORNEYS AT LAW
66 Field Point Road
Greenwich, CT 06836-1437
Telephone: 203-661-4200
Fax: 203-661-3666

## FAX COVER SHEET

Date: 6/20/07

Pages: 2 (including this page)

To: Robert Porzeinski

Fax #: 202-353-9655
       307-5678

From: Lane Harmon

Subject: DEA CASE NO. CI-06-0121, ASSET ID NO. 06-DEA-471937

Notes: See attached letter.

EXHIBIT 10

# PHILIP RUSSELL, L.L.C.
## ATTORNEYS AT LAW
(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
  CRIMINAL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

June 20, 2007

VIA FEDERAL EXPRESS
202-307-7644

Robert Porzeinski
Asset Forfeiture Section
600 Army Navy Drive
Arlington, VA 22202

In Re: DEA Case No. C1-06-0121, Asset ID No. 06-DEA-471937
Seizure of United States Currency in the amount of $123,565
Seizure of United States Currency by the DEA in the amount of $122,985
Date of seizure: July 18, 2006
Place of seizure: Bronx, New York
Seizing officer: New York City Police Department Sergeant Crawley
Claimant's name: Bermudez, Gustavo A.
Claimant's D.O.B.: 10/07/81
DEA case number furnished to Claimant on March 9, 2007 by Captain Miller: NYCPD-IAB; 06DEA971937
DEA agents rumored to be assigned:
   Special Agent Bruce Hom 212-337-1550;
   Special Agent Rogers 212-337-1598

Dear Mr. Porzeinski,

I had received a letter from you regarding the above listed Case Number and Asset ID mentioning that this is a closed file. I would still like a copy of the DEA case file since our client never received notice regarding the forfeiture. Thank you for your time and help with this matter.

Sincerely,

Lane Marmon
Paralegal

LM/st