# Memorandum



| Subject | Date |
|---|---|
| FOI REQUEST | JUN 2 6 2007 |

| To | From |
|---|---|
| Katherine L. Myrick, Chief<br>Operations Unit<br>FOI/Records Management Section | Susan D. Ashcraft<br>Chief, Asset Forfeiture Section<br>Operations Management |

    Attached is a FOI request that has been received by this office for the following: Case Number: C1-06-0121, Asset ID Number: 06-DEA-471937, Property: $122,985.00 U.S. Currency. This request is being forwarded to your office for consideration and handling.

Attachment

EXHIBIT 11