UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GUSTAVO BERMUDEZ,

                                                  Plaintiff,

          -against-                                  07 Civ. 9537 (HB)

CITY OF NEW YORK POLICE DEPARTMENT AND
THE UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

                                             Defendant.
------------------------------------------------------------------X

      **David Hazan**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant New York City Police Department. As such, I am familiar with the facts set forth below.

      2.    This declaration is submitted in support of defendant New York City Police Department's motion to dismiss plaintiff's complaint, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

      3.    A copy of plaintiff's Complaint, dated October 24, 2007, is annexed hereto as Exhibit "A."

      4.    A copy of defendant New York City Police Department's Answer to plaintiff's Complaint, dated January 22, 2008, is annexed hereto as Exhibit "B."

5. A copy of defendant New York City Police Department's "safe harbor" letter to plaintiff's counsel, dated February 7, 2008, is annexed hereto as Exhibit "C."

Dated: New York, New York
       February 19, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the
                                   City of New York
                                   Attorney for Defendant New York City Police Department
                                   100 Church Street, Room 3-186
                                   New York, New York 10007
                                   (212) 788-8084
                                   By: _/s/ David M. Hazan_____
                                        David M. Hazan (DH-8611)
                                        Assistant Corporation Counsel

2