# RUSSELL & PASTORE, LLC
### ATTORNEYS-AT-LAW
(203) 661-4200

SALLY RUSSELL*
JAMES PASTORE
KAREN L. MAYER*
ROSS M. KAUFMAN**

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
** MEMBER CONNECTICUT AND NEW JERSEY BAR

66 FIELD POINT ROAD
BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

February 15, 2008

**VIA FACSIMILE: 212-805-7901**

The Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street, Room 2230
New York, NY 10007

       Re:    <u>Gustavo Bermudez v. City of New York Police Department, et al.</u>
              Docket No.: 1:07-cv-9537 (HB)

Dear Your Honor:

    On February 7, 2008 a pretrial conference in the above referenced matter was held before Your Honor wherein Your Honor requested that the parties submit a letter to the Court indicating whether they wish to proceed with a hearing pursuant to 18 U.S.C. §983(e), Motion to Set Aside Forfeiture.

    Counsel for the plaintiff, Gustavo Bermudez, and the defendant, United States Drug Enforcement Administration, discussed the matter and would like to proceed with a hearing pursuant to the aforementioned statute. It is my recollection that Your Honor indicated that said hearing would be scheduled in 30 days time. However, I respectfully request that the hearing be scheduled after March 31, 2008 as I am on a strict discovery schedule in the matter of <u>Session v. Rodriguez, et al.</u>, Docket No. 3:03-cv-00943, for the next several weeks. Furthermore, I am also scheduled for two trials in the Superior Court of the State of Connecticut on two, and possibly three, separate matters during the month of March.

    Finally, counsel for the plaintiff and the defendant, United States Drug Enforcement Administration, have agreed that counsel for the City of New York Police Department need not participate in said hearing.

Page Two.

Thank you for your time and consideration in this matter.

                                      Respectfully Submitted,

                                      Karen L. Mayer
                                      Federal Juris No. KM6555

RMK/sr

cc: David M. Hazan, Esq. *(Via Facsimile: 212-788-9776 & U.S. First Class Mail)*
     Philip S. Frank, Esq. *(Via Facsimile: 212-788-9776 & U.S. First Class Mail)*
     Sharon E. Frase, Esq. *(Via Facsimile: 212-637-0421 & U.S. First Class Mail)*

[Handwritten note from Judge:] I'm delighted to hear your lawsuit is flourishing — my agenda however is a little different. Nonetheless I'll put the matter over to early April. I have several trials this month as who don't know and the AUSA + am stuck with Dennis S who I don't agree. If I don't have a letter with an agreed date by March 4, I will schedule the hearing for some time in March — thus contend on in part 1 — this while I am on heels of 2 weeks of 1st March.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 2/22/08

Endorsement:

    I'm delighted to hear your business if flourishing - my agenda however is a little different. Nonetheless I'll put the matter over to early April. I have several trials that month so why don't you and the AUSA and my Deputy Dennis Swain work it out. If I don't have a letter with an agreed to date by March 4, 2008 I will schedule the hearing for some time in March likely while I am in Part I - the last two weeks of March.