```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
x--------------------------------x
```

**GUSTAVO BERMUDEZ,**

        PLAINTIFF,                07 CIV. 9537 (HB)

      VS.

                                      Notice of Motion
                                      Pursuant to
                                      18 U.S.C. § 983(e)

**CITY OF NEW YORK POLICE**
**DEPARTMENT AND THE UNITED**
**STATES DRUG ENFORCEMENT**
**ADMINISTRATION,**

        DEFENDANTS.

```
x--------------------------------x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all accompanying exhibit attached thereto, the Plaintiff, Gustavo Bermudez, by and through his attorney, Karen L. Mayer, hereby moves before the Honorable Harold Baer, Jr., United States District Judge, for an order, pursuant to 18 U.S.C. § 983(e), setting aside the

United States Drug Enforcement Administration's administrative forfeiture of the Plaintiff's seized currency.

Dated:    Greenwich, Connecticut
          March 25, 2008

                                    THE PLAINTIFF
                                    GUSTAVO BERMUDEZ

                                    _____
                                    By Karen L. Mayer, Esq.
                                    Russell & Pastore, LLC
                                    66 Field Point Road
                                    Greenwich, CT 06907
                                    (203) 661-4200
                                    Federal Juris No. KM6555