RUSSELL AND PASTORE    PAGE 03/04

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

GUSTAVO BERMUDEZ,

                           Plaintiff,

-against-

CITY OF NEW YORK POLICE DEPARTMENT AND
THE UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

                           Defendants.

----------------------------------------------------------------- x

**STIPULATION AND ORDER OF WITHDRAWAL AND DISMISSAL**

07 CIV. 9537 (HB)

WHEREAS, plaintiff commenced this action by filing a complaint on or about October 25, 2007 in the Southern District of New York alleging violations of his federal and state rights; and

WHEREAS, at the time of the filing of this complaint, plaintiff was and continues to be represented by Karen L. Mayer, Esq.;

WHEREAS, the New York City Police Department is a named defendant in this case; and

WHEREAS, plaintiff Gustavo Bermudez no longer wishes to pursue any claims against defendant New York City Police Department;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendant New York City Police Department, as follows:

    1. Any and all claims against the defendant New York City Police Department are dismissed, with prejudice.

2. Any and all successors or assigns, present or former employees, representatives and agents of the City of New York and the New York City Police Department are released and discharged from any and all liability, claims, or rights of action which were or could have been alleged by plaintiff arising out of the events alleged in the complaint in said action, including all claims for attorney's fees, expenses and costs.

3. The above action is withdrawn and discontinued, with prejudice, without attorney fees or costs to any party.

Dated: New York, New York
March 25, 2008

Karen L. Mayer, Esq.
Philip Russell, LLC
Attorney for Plaintiff
66 Field Point Road
Greenwich, CT 06830
(203) 661-4200

By: _Karen L. Mayer_
Karen L. Mayer (KM6555)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant New York City Police Department
100 Church Street
Room 3-186
New York, New York 10007
(212) 788-8084

By: _David M. Hazan_
David M. Hazan (DH-8611)
Assistant Corporation Counsel

SO ORDERED: _[signature]_ 3/27/08
Honorable Harold Baer,
United States District Judge, S.D.N.Y.

2