# RUSSELL & PASTORE, LLC
## ATTORNEYS-AT-LAW
(203) 661-4200

SALLY RUSSELL*
JAMES PASTORE
KAREN L. MAYER*
ROSS M. KAUFMAN**

of counsel:
HAROLD H. DEAN

\* MEMBER CONNECTICUT AND NEW YORK BAR
\** MEMBER CONNECTICUT AND NEW JERSEY BAR



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08



RECEIVED
66 Field Point Road
P.O. Box 1437
GREENWICH, CT 06836
MAR - 2008
FAX (203) 661-3666
U.S. DISTRICT JUDGE
S.D.N.Y.

March 27, 2008

*VIA FACSIMILE (212)-805-7901*

The Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    <u>Gustavo Bermudez v. City of New York Police Department, et al.</u>
            Docket No.: 1:07-cv-9537 (HB)

Dear Judge Baer:

    We are currently scheduled for a hearing pursuant to 18 U.S.C. §983(e), Motion to Set Aside Forfeiture on April 1, 2008 at 3:00 p.m. Both parties agree that you can decide the motion on the papers in lieu of the hearing.

                                Respectfully Submitted,

                                  Karen L. Mayer
                                  Federal Juris No. KM6555

KLM/sr

cc:   Sharon E. Frase, Esq.

[Handwritten note by Judge Baer:] I have taken the matter off my calendar of the wrong day & will decide the matter on the papers all of which are now in chambers 3/31/08 have them here by Monday 3/31/08

Harold Baer, Jr., U.S.D.J.
Date: 3/26/08

[Right margin:] Returned to chambers for scanning on _____ Scanned by chambers on 4-2-08

Endorsement:

I have taken the matter off my calendar at the urging of both parties an will decide the matter on the papers all of which are now in Chambers if not have them there by Monday, 3/31/08.