UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x------------------------------------------------------------x

GUSTAVO BERMUDEZ,

                PLAINTIFF,            07 CIV. 9537 (HB)

VS.

CITY OF NEW YORK POLICE          MOTION TO
DEPARTMENT AND THE UNITED       WITHDRAW AS
STATES DRUG ENFORCEMENT         COUNSEL
ADMINISTRATION,

                DEFENDANTS.

x------------------------------------------------------------x

Pursuant to Local Rule 1.4, the undersigned as counsel for plaintiff, Gustavo Bermudez, hereby moves this Court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1. The plaintiff never entered into a retainer agreement with Philip Russell, LLC. Philip Russell, LLC dissolved and the new law firm of Russell & Pastore, LLC mailed authorization forms for clients to sign for further representation. Plaintiff has not signed a retainer for legal representation under the new entity Russell & Pastore, LLC.

2. The undersigned will no longer be an associate with Philip Russell, LLC or Russell & Pastore, LLC, effective May 1, 2008.

3. The undersigned has no individual written or oral agreement with Plaintiff to provide any legal services to him.

1

4. The plaintiff expects to be represented in this matter by James J. Pastore, Esq., the partner of this law firm, upon his admission to the Southern District of New York.

5. Notice of this motion has been sent via U.S. First Class Mail and e-mail to plaintiff, Gustavo Bermudez.

WHEREFORE, the undersigned respectfully moves this Court to grant her motion to withdraw as counsel of record for the plaintiff, Gustavo Bermudez.

RESPECTFULLY SUBMITTED,

By _____
Karen L. Mayer, Esq.
Russell & Pastore, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Juris No. KM6555

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                                           /s/ Karen L. Mayer
                                                                           Karen L. Mayer, Esq.