ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

MAY 05 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Case 1:07-cv-09537-HB    Document 26    Filed 05/05/2008    Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x--------------------------------------------------------x

       GUSTAVO BERMUDEZ,

                      PLAINTIFF,                  07 CIV. 9537 (HB)

             VS.

       CITY OF NEW YORK POLICE              MOTION TO
       DEPARTMENT AND THE UNITED        WITHDRAW AS
       STATES DRUG ENFORCEMENT          COUNSEL
       ADMINISTRATION,

                      DEFENDANTS.

x--------------------------------------------------------x

Pursuant to Local Rule 1.4, the undersigned as counsel for plaintiff, Gustavo Bermudez, hereby moves this Court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1.     The plaintiff never entered into a retainer agreement with Philip Russell, LLC. Philip Russell, LLC dissolved and the new law firm of Russell & Pastore, LLC mailed authorization forms for clients to sign for further representation. Plaintiff has not signed a retainer for legal representation under the new entity Russell & Pastore, LLC.

2.     The undersigned will no longer be an associate with Philip Russell, LLC or Russell & Pastore, LLC, effective May 1, 2008.

3.     The undersigned has no individual written or oral agreement with Plaintiff to provide any legal services to him.

4. The plaintiff expects to be represented in this matter by James J. Pastore, Esq., the partner of this law firm, upon his admission to the Southern District of New York.

5. Notice of this motion has been sent via U.S. First Class Mail and e-mail to plaintiff, Gustavo Bermudez.

WHEREFORE, the undersigned respectfully moves this Court to grant her motion to withdraw as counsel of record for the plaintiff, Gustavo Bermudez.

RESPECTFULLY SUBMITTED,

By _____
Karen L. Mayer, Esq.
Russell & Pastore, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Juris No. KM6555

*Handwritten annotation:* I will let you withdraw but it is a condition new counsel is to come on board. I'd like to know otherwise the π with be pro se & should contact chambers to avoid a dismissal for failure to prosecute.

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
5/5/0[8]

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____
Karen L. Mayer, Esq.

Endorsement:

    I will let you withdraw but if a new counsel is to come on board I'd like to know otherwise the plaintiff will be pro se and should contact Chambers to await a dismissal for failure to prosecute.